HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division
MAUREEN RIORDAN
Acting Chief, Voting Section
Civil Rights Division
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
    U.S. Department of Justice
    4 Constitution Square, Room 8.141
    150 M Street NE
    Washington, D.C. 20002
    Telephone: (202) 704-5430
    Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA,<br><br>Defendant(s). | CASE NO:<br><br>NOTICE OF RELATED CIVIL CASES |

## NOTICE OF RELATED CIVIL CASES

Pursuant to Local Rule 83-1.3, Plaintiff, UNITED STATES OF AMERICA, files this Notice of Related Civil Cases, and shows this Court as follows:

### BACKGROUND

1. On June 25, 2025, United States filed an action in this court against

1 | Defendant, Robert Page, in his official capacity as Registrar of Voters for Orange County, California, Case Number 8:25-cv-01370-DOC-ADS ("Orange County Action").

2. The Orange County Action has been assigned to Honorable Judge David O. Carter.

3. The Orange County Action arises from the same or closely related transaction, happening, or event, to the action being filed contemporaneously with this Notice against Defendants Shirley Weber, in her official capacity as Secretary of State of the State of California, and the State of California ("California Action").

4. The Orange County Action calls for the determination of the related or substantially similar questions of law or fact as the California Action.

## FACTUAL SUMMARY

5. Both the Orange County Action and the California Action arise out of the authority of the Attorney General of the United States to enforce requirements of Section 303(a) of HAVA, 52 U.S.C. § 21083(a)(2), and to enforce the list maintenance requirements of Section 8 of the NVRA, 53 U.S.C. § 20507(a)(4), with respect to the conduct of elections in Orange County, and the State of California.

6. All Defendants in both actions are subject to the requirements of HAVA and the NVRA including voter list maintenance requirements. 52 U.S.C. § 21083(a)(2) and 52 U.S.C. § 20507(a)(4), and the disclosure requirements of 52 U.S.C. § 20507(i).

7. Section 303(a)(2)(B) of HAVA requires State election officials to ensure that the statewide computerized list of voters is accurate and current by (i) ensuring that all registered voters are included in the list, (ii) removing the names of voters who are not registered to vote or who are ineligible to vote; and (iii) removing duplicate names from the computerized list.

8. The NVRA was enacted "to establish procedures that will increase the

number of eligible citizens who register to vote in Federal elections "while "ensur[ing] that accurate and current voter registration rolls are maintained." 52 U.S.C. § 20501(b)(1), (4).

9. Section 8 of the NVRA establishes requirements for the administration of voter registration for elections for federal office in covered states, including California. Section 8(a)(4) requires each state to "conduct a general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters by reason of" the death of the registrant, or "a change in the residence of the registrant, in accordance with subsections (b), (c), and (d)[.]" 52 U.S.C. §20507(a)(4)(A)-(B).

10. The Attorney General of the United States requested voter registration lists from Defendants in the Orange County Action and the California Action.

11. Defendants refused to fully comply with the requests for unredacted voter registration lists to include names, birth dates, social security numbers, identification card numbers, and State assigned voter identification numbers.

12. Defendants are required to "maintain for at least 2 years and shall make available for public inspection and, where available, photocopying at a reasonable cost, all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters[.]" 52 U.S.C. §20507(i)(1).

13. Defendants' refusal to provide unredacted information prevents the Attorney General from determining if the Defendant is complying with the list maintenance requirements of both HAVA and the NVRA.

14. Pursuant to § 401 of HAVA, 52 U.S.C. § 21111, the Attorney General has enforcement authority over Sections 301, 302, and 303 of Title III of HAVA, including 52 U.S.C. § 21083(a)(2).

15. Pursuant to § 11 of the NVRA, 52 U.S.C. § 20510(a), the Attorney General has enforcement authority over Section 8 of the NVRA, including 52


U.S.C. § 20507(a)(4) and § 20507(i).

DATED: September 25, 2025            Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

*/s/  Michael E. Gates*
MICHAEL E. GATES
Deputy Assistant Attorney General
MAUREEN RIORDAN
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov