HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MICHAEL E. GATES
Deputy Assistant Attorney General
Civil Rights Division
MAUREEN RIORDAN
Acting Chief, Voting Section
Civil Rights Division
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
    U.S. Department of Justice
    4 Constitution Square, Room 8.141
    150 M Street NE
    Washington, D.C. 20002
    Telephone: (202) 704-5430
    Email: Brittany.Bennett@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA,<br><br>Defendant(s). | CASE NO:<br><br>NOTICE OF ACTION SEEKING STATEWIDE RELIEF |

**NOTICE OF RELATED CIVIL CASES**

Pursuant to Local Rule 83-11.4, Plaintiff, UNITED STATES OF AMERICA, files this Notice of Action Seeking Statewide Relief, and shows this Court that Plaintiff seeks to enforce all provisions outlined in its Complaint against all applicable parties statewide.

DATED: September 25, 2025            Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

/s/  Michael E. Gates
MICHAEL E. GATES
Deputy Assistant Attorney General
MAUREEN RIORDAN
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

        I hereby certify that on September 25, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

                                            /s/ *Brittany E. Bennett*
                                            Brittany E. Bennett
                                            Trial Attorney, Voting Section
                                            Civil Rights Division
                                            U.S. Department of Justice
                                            4 Constitution Square
                                            150 M Street NE, Room 8.141
                                            Washington, D.C. 20002
                                            Telephone: (202) 704-5430
                                            Email: brittany.bennett@usdoj.gov