# Exhibit B

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

     Plaintiff,

     v.

SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, et al.,

     Defendants.

Case No: 2:25-cv-09149-MWF-MAR

**DECLARATION OF RICK CALLENDER IN SUPPORT OF THE NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE CALIFORNIA HAWAII STATE CONFERENCE'S MOTION TO INTERVENE AS DEFENDANT**

Hearing Date: November 10, 2025

Time: 10:00 a.m.

Courtroom: 5A, 5th Floor

I, Rick Callender, hereby declare as follows:

1.     I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2.     I am President of the National Association for the Advancement of Colored People California Hawaii State Conference ("NAACP-CA/HI"), and I have served in that position since December 1, 2020. As President of NAACP-CA/HI, I am responsible for overseeing all of the branches, college chapters, and youth councils within California and Hawaii. My role includes encouraging and assisting in the development of each branch's programs. I have been involved in NAACP-CA/HI for more than four    decades. Prior to becoming conference President, I served as president of the San Jose-Silicon Valley NAACP branch.

3.     NAACP-CA/HI was initially founded in 1914 in Los Angeles. Today, NAACP-CA/HI is headquartered in Sacramento, California, and has members and constituents across the entire state (in addition to Hawaii). The mission of NAACP-CA/HI is to ensure political, educational, social, and economic equality for minority communities in the United States. In furtherance of that mission, the NAACP-CA/HI works to remove all barriers of racial discrimination through democratic processes, to educate voters on their constitutional rights, and to take all lawful action to promote the exercise of those rights. NAACP-CA/HI pursues this mission by, among other things, engaging in voter mobilization and registration.

4.     NAACP-CA/HI is a non-partisan organization that maintains 74 branches and youth units, including 57 in California. In total, NAACP-CA/HI has approximately 12,000 dues paying members.

5.     As President of NAACP-CA/HI, I oversee the work of the chapter throughout California. I am familiar with the various challenges that our members and

2

Declaration of Rick L. Callender | Case No. 2:25-cv-09149-MWF-MAR

1  constituents face, including challenges related to voting rights, civil rights, and individual

2  privacy.

3          6.        The NAACP, including NAACP-CA/HI, has a long history of members and

4  constituents facing legal retaliation for their advocacy around civil rights and voting

5  rights. Accordingly, the NAACP has a proud tradition of fighting for and protecting its

6  members, constituents, and the Black community at large from legal retaliation.

7          7.        Among its many initiatives, NAACP-CA/HI focuses on ensuring its

8  members and constituents are able to participate in the electoral system. This starts with

9  ensuring these individuals are registered to vote, and it continues through encouraging

10  and assisting them to learn about the relevant policy issues and successfully cast a ballot.

11  We stress to them the fundamental importance of exercising their right to vote. We also

12  partner with organizations supporting previously incarcerated citizens, focusing on the

13  restoration of their voting rights. This builds trust for our members and constituents in

14  the election process, from registering to casting a ballot. The NAACP CA/HI State

15  Conference branches actively and regularly engage in voter registration efforts,

16  emphasizing the critical importance of voting. We remind registrants that safeguarding

17  our rights, including privacy, is essential to preventing the resurgence of oppressive

18  practices like Jim Crow laws. Exercising the right to vote without fear or trepidation is

19  an important part of our messaging.

20          8.        I understand that the Department of Justice has recently sued California in

21  order to obtain complete, unredacted voter registration data of all voters in the state,

22  including their driver's license numbers, dates of birth, and partial social security

23  numbers. If the Department of Justice is successful in obtaining this information, it will

24  harm NAACP-CA/HI's mission by risking the sensitive data of our members and

25  constituents. This will deter our members from engaging in the political process for fear

26  of government mishandling or weaponizing such data.

27                                                          3

28                    Declaration of Rick L. Callender | Case No. 2:25-cv-09149-MWF-MAR

9.      I am further concerned because the current administration has targeted people with whom it disagrees, and whose voices it thinks should be silenced, by using any and all information and resources within its possession against such people. This includes using information held by federal agencies against political opponents, like the recent disclosure of a New Jersey gubernatorial candidate's military records. Similarly, many of our community members are aware of, and disturbed by, efforts by the so-called Department of Government Efficiency ("DOGE") to obtain social security data of all Americans, despite questionable data management policies by that agency.

10.     Unfortunately, the NAACP and its members have been singled out and targeted many times in the past by those who disagree with our mission. Our leaders and members, for example, have been targeted with unjust espionage and investigation because of their advocacy efforts. We have successfully defended against these efforts to invade our privacy because we know the harm that might befall our members. Additionally, some of our members are immigrants and first-generation citizens, and these communities have been the subject of repeated and ongoing scrutiny and haphazard legal action by the current federal administration. Against this backdrop, the prospect of disclosures of mass amounts of sensitive voter data to the Department of Justice is especially concerning for the NAACP-CA/HI, its members, and its constituents.

11.     Thus, I worry that disclosure of California's voter rolls will deter qualified voters in our communities from participating in the political process. That is particularly so because the Department of Justice's efforts appear to be driven by a desire to spread unsupported allegations of voter fraud and to punish people who oppose the President's agenda. The federal government's demand for California's complete voter registration list is likely to sow distrust of the electoral system, further frustrating our mission, which requires convincing community members to engage in the political process and make their voices heard at the ballot box. These concerns are especially notable for voters who

4

are skeptical of the electoral system and worried about improper government scrutiny, including younger voters, naturalized and first-generation citizen voters, and voters who were formerly incarcerated. If the Department of Justice obtains what it demands, then NAACP-CA/HI will be forced to expend its limited resources to rebuild trust among these communities.

12.     In addition to my concerns about the Department of Justice misusing personal voter data, I am also concerned about whether it will properly maintain and protect such data. The actions that the Department of Justice has taken to compel the production of sensitive personal information of California voters, as well as voters across the country, do not give me confidence that the Department will respect federal or state privacy laws or be a reliable custodian of the personal information of the communities NAACP-CA/HI works with. As explained, many of our members are disturbed by reports that the federal government failed to safeguard sensitive Social Security information. As a result, I am extremely concerned about the improper disclosure of the personal information of community members that NAACP-CA/HI works with and seeks to enfranchise. I also fear that the risk of such improper disclosure further discourages the community members we serve from registering to vote or engaging in other political activities.

13.     The threat that voters' personal information may be provided to the federal government will frustrate the work of NAACP-CA/HI. The centerpiece of our conference's civic engagement work is to encourage all Californians to be informed and to exercise their rights as American citizens by participating in the electoral process. That work could become significantly more difficult if our members and constituents believe they could be punished, scrutinized, or investigated simply for registering to vote.

Declaration of Rick L. Callender | Case No. 2:25-cv-09149-MWF-MAR

I declare under penalty of perjury that the foregoing is true and correct.


Executed On: _____October 1, 2025_____


_____
Rick L. Callender
President, NAACP CA/HI

Declaration of Rick L. Callender | Case No. 2:25-cv-09149-MWF-MAR