# Exhibit C

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, et al.,<br><br>    Defendants. | Case No: 2:25-cv-09149-MWF-MAR<br><br>**DECLARATION OF HUY TRAN IN SUPPORT OF SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK'S MOTION TO INTERVENE AS DEFENDANT**<br><br>Hearing Date: November 10, 2025<br><br>Time: 10:00 a.m.<br><br>Courtroom: 5A, 5th Floor |

I, Huy Tran, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am Executive Director of the Services, Immigrant Rights and Education Network ("SIREN"). I have served in that position since May 2023. I was initially named the Interim Executive Director and later appointed Executive Director by SIREN's board of directors in May 2024. In this role, I am responsible for overseeing SIREN's operations and all its daily activities. I am familiar with the various challenges—including those related to voting rights, civil rights, and individual privacy—faced by our members and the immigrant communities we serve.

3. SIREN is a non-partisan organization based in San Jose, California that incorporated in 1998. Today, SIREN's mission is to empower immigrants and refugees through community education and organizing, leadership development, policy advocacy, civic engagement, and legal services. SIREN's core belief is that all people are entitled to essential services, human dignity, basic rights and protections, and access to full participation in society.

4. SIREN accomplishes its mission through the work and volunteerism of its approximately 120 members—including fellows, interns, and participants in SIREN's youth program and our Communidad, our general membership. We also accomplish our mission through our coalition work at the national, statewide, and local level. These members are spread throughout the Bay Area and the Central Valley.

5. SIREN is unique among immigrant and refugee rights organizations in that it combines policy work, community organizing, civic engagement, and direct services. Because our work focuses on helping immigrants themselves become agents of change, we work hard to encourage and help them participate in the political process by voting.

For this reason, voter-registration, voter-education, voter-assistance, and get-out-the-vote ("GOTV") programs are all critical components of achieving our mission.

6. This year, for example, SIREN is organizing and executing GOTV and voter-education efforts for the upcoming 2025 elections. These programs combine voter education about how to register to vote and cast ballots in California with information about ballot issues that impact the communities SIREN serves. This work includes person-to-person canvassing as well as messaging campaigns on various platforms. SIREN also hosts candidate forums to help ensure that the California voters most affected by immigrant-rights issues can hear directly from candidates.

7. Unfortunately, SIREN and its members—myself included—have been singled out and targeted by federal officials who disagree with our mission. SIREN, for example, received a letter this past summer from the U.S. House Committee on Homeland Security requesting that it complete a survey and turn over sensitive documents about SIREN's funding, contracts, and all services provided to immigrants, including legal services, translation services, transportation, and housing. The Committee also requested information on SIREN's members.

8. Further, due to politicians and government officials who are constantly and increasingly advancing false narratives that non-citizens are voting in U.S. elections and exploiting government services, SIREN and the members it serves have become the subject of aggressive retaliation for our advocacy for the rights and dignity of immigrants. For example, SIREN and I have received hate mail because of our advocacy.

9. I therefore became extremely concerned when I learned that the Department of Justice has sued California to obtain complete, unredacted voter registration data of all voters in the state, including their driver's license numbers, dates of birth, and partial social security numbers. If the Department of Justice is successful in obtaining this information, it will severely harm SIREN's mission by risking the sensitive data and trust

of our members and the communities we seek to empower. This will deter our members from engaging in the political process and from supporting SIREN's work out of fear that the federal government will mishandle or weaponize such data.

10. Because of the risks that come with working in pro-immigrant spaces—especially in the current political climate—ensuring the privacy and protection of personal information that could be exploited by bad actors is a matter of personal safety for SIREN, its members, and stakeholders, as well as their families. While I have long relied on California's laws protecting the security and privacy of voter information, I have seen the federal government to be much more reckless. For example, I am aware of efforts by the so-called Department of Government Efficiency ("DOGE") to obtain and compile social security data of all Americans, and I have seen reports that individuals have used information from federal agencies against political opponents, such as the recent disclosure of a New Jersey gubernatorial candidate's military records.

11. The risks associated with disclosure of personal information are especially concerning for me. I recently ran for office and have publicly voiced opinions that are contrary to the views of the current federal administration, where powerful officials have increasingly moved to punish those who they see as political enemies.

12. I am especially concerned that the threat of disclosure will deter qualified citizens in California from registering to vote. This is our concern for naturalized citizens, many of whom are currently afraid of being targeted, simply because they are immigrants, by people in and aligned with the federal government who are promulgating increasingly anti-immigrant rhetoric. This is also a concern for those citizens who are from mixed status families who do not want to put their loved ones at risk. SIREN's core civic engagement efforts specifically include assisting recently naturalized citizens and those who just turned eighteen with the voter registration and voting process. We are proud to engage in this important work but that work will become significantly more

difficult if community members believe they could be punished, scrutinized, or investigated, or that they can put their families at risk, simply for registering to vote.

13. Even beyond those concerns, naturalized citizens who register face a substantially greater risk of being wrongly accused of being "non-citizens" who are illegally registered to vote. These accusations are frequently based on misguided and error-prone efforts to match personal information in different governmental databases, which appears to be at least part of the federal government's plan for the information that they seek to compel from California. In the face of all these threats, many naturalized citizens who are eligible to—and may deeply want to—exercise their newly granted right to the franchise will instead opt out of the system for fear that they will be targeted and wrongfully accused. That is devastating not only for the privacy and voting rights of these individuals, but also for SIREN's core mission of empowering these individuals.

14. These concerns are especially acute for citizens who are already skeptical of the electoral system or worried about improper government scrutiny, including naturalized and first-generation voters, as well as young voters. SIREN has spent decades building up a reputation for trust among the communities it serves. We rely on that trust to help these citizens register to vote, which includes providing personal information they may be otherwise skeptical to provide the government. If the Department of Justice obtains what it demands, then SIREN will be forced to expend its finite and limited resources rebuilding that trust.

15. SIREN understands the need to respect the privacy of voter's individual information. Our organization regularly relies on the public version of California's voter file, which contains only limited personal information, to communicate with our constituents and encourage them to vote. Even though this data is significantly more limited in scope than what the Department of Justice demands here, we treat it carefully

and meticulously comply with state privacy laws. I do not trust the Department of Justice to be similarly careful.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: 10/3/2025 _____

*Huy Tran*
_____
Huy Tran
Executive Director, SIREN