# Exhibit E

Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
Jacob D. Shelly* (DC Bar No. 90010127)
jshelly@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
Walker McKusick* (WA Bar No. 63205)
wmckusick@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
F: (213) 277-8989

*Counsel for Proposed Intervenor-Defendants NAACP; NAACP California-Hawaii State Conference; and Services, Immigrant Rights and Education Network*

*\* Pro hac vice application forthcoming*

Declaration of Lali Madduri | Case No. 2:25-cv-09149-MWF-MAR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, et al.,<br><br>   Defendants. | Case No: 2:25-cv-09149-MWF-MAR<br><br>**DECLARATION OF COUNSEL LALITHA D. MADDURI UNDER LOCAL RULE 7-3**<br><br>Hearing Date: November 10, 2025<br><br>Time: 10:00 a.m.<br><br>Courtroom: 5A, 5th Floor |

2

Declaration of Lali Madduri | Case No. 2:25-cv-09149-MWF-MAR

I, Lalitha D. Madduri, hereby declare as follows:

1. I am a U.S. citizen, over the age of 18, am competent to testify, and have personal knowledge of the facts and information set forth in this declaration.

2. I am a partner at Elias Law Group LLP. I am counsel for NAACP; NAACP California-Hawaii State Conference; and Services, Immigrant Rights and Education Network, who are Proposed Intervenors in this matter.

3. Proposed Intervenors made a good-faith attempt to confer with counsel for Plaintiff and Defendants about the relief sought by this Motion, as required by Local Rule 7-3.

4. I conferred with Defendants' counsel on October 2, 2025, by video conference. Defendants indicated they consent to Proposed Intervenors' motion.

5. I sent an email to Plaintiff's counsel, Ms. Brittany Bennett, on September 30, 2025, indicating Proposed Intervenors' intent to file the instant motion and attempting to schedule a telephonic or video conference. Ms. Bennett responded: "We intend to oppose intervention and cannot take further meetings at this time given the pending government shutdown." Because the federal government's funding lapse prevented Plaintiff's counsel from conferring via telephone or video conference, that conferral occurred by necessity via email.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: __October 7, 2025_____

_____
Lalitha D. Madduri

3

Declaration of Lali Madduri | Case No. 2:25-cv-09149-MWF-MAR