# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, et al.,<br><br>   Defendants. | Case No: 2:25-cv-09149-MWF-MAR<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANTS' MOTION TO INTERVENE**<br><br>Hearing Date: November 10, 2025<br><br>Time: 10:00 a.m.<br><br>Courtroom: 5A, 5th Floor |

On October 7, 2025, Proposed Intervenors National Association for the Advancement of Colored People ("NAACP"); NAACP California-Hawaii State Conference; and Services, Immigrant Rights and Education Network moved to intervene. The Court, having considered the papers submitted in connection with said motion, and such other relevant information and evidence as was presented to this Court, and good cause appearing, HEREBY ORDERS that: (1) Proposed Intervenors' Motion to Intervene is GRANTED; and (2) Proposed Intervenors be entered as Intervenor–Defendants and their counsel served with all relevant papers in the above-captioned action.

IT IS SO ORDERED on this _____ day of _____, 2025.

_____
United States District Court Judge