| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Lalitha D. Madduri<br>Elias Law Group LLP<br>250 Massachusetts Ave NW<br>Suite 400<br>Washington, DC 20001<br>Telephone: (202) 968-4652 | Tyler L. Bishop<br>Elias Law Group LLP<br>1700 Seventh Ave<br>Suite 2100<br>Seattle, WA 98101<br>Telephone: (206) 656-0177 |

ATTORNEY(S) FOR: Proposed Intervenor-Defendants NAACP et al.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br>v.<br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:25-cv-09149-MWF-MAR<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |
|---|---|

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for __Proposed Intervenor-Defendants NAACP; NAACP California-Hawaii State Conference; Services, Immigrant Rights and Education Network__ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| N/A | N/A |

| October 8, 2025 | /s/ Lalitha D. Madduri |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):
Proposed Intervenor-Defendants NAACP; NAACP California-Hawaii State Conference; Services, Immigrant Rights and Education Network