GRAYCE ZELPHIN (SBN 279112)
gzelphin@aclunc.org
ANGELICA SALCEDA (SBN 296152)
asalceda@aclunc.org
SHILPI AGRWAL (SBN 270749)
sagarwal@aclunc.org
ACLU FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493

JULIA A. GOMEZ (SBN 316270)
jgomez@aclusocal.org
PETER ELIASBERG (SBN 89110)
peliasberg@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West 8th Street
Los Angeles, CA 90017
(213) 977-5232

Counsel for Proposed Intervenor-Defendant

*Additional counsel listed below*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, and the STATE OF CALIFORNIA

Defendants.

Case No.: 2:25-cv-09149-DOC (ADSx)

**DECLARATION OF HELEN HUTCHISON IN SUPPORT OF MOTION FOR INTERVENTION OF LEAGUE OF WOMEN VOTERS OF CALIFORNIA**

DATE: November 17, 2025
TIME: 9:00 AM
COURTROOM: 10A, 10th Floor
JUDGE: Hon. David O. Carter

THERESA J. LEE (NY 5022769)*
tlee@aclu.org
SOPHIA LIN LAKIN (NY 5182076)*
slakin@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500

PATRICIA J. YAN (NY 5499173)*
pyan@aclu.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW
Washington, DC 20005
(202) 457-0800

*Application for admission pro hac vice forthcoming*

Pursuant to 28 U.S.C. § 1746, I, Helen Hutchison, hereby declare as follows:

1. I am over the age of 18, and I am competent to make this declaration. I provide this declaration based on my personal knowledge. I would testify to the facts in this declaration under oath if called upon to do so.

2. I am the Interim Executive Director of the League of Women Voters of California ("LWVC" or "the League"). I have served on LWVC's board for approximately 15 years, and previously served as LWVC's President and held other board positions with LWVC, including Government Director and Second Vice President for Advocacy and Program. I have been active in the League's activities related to strategic planning, initiative and referendum reform, human resources, training, legislation, ballot measures, and redistricting. In that capacity, I am familiar with the activities of the League.

3. In my current role as Executive Director, my responsibilities include supervising and directing staff; maintaining fiscal health and financial controls for LWVC; ensuring legal and regulatory compliance by LWVC; monitoring project and contractor performance; supporting governance and board operations; ensuring proper, timely deliverables and reporting to grantors per grant agreements; and other related activities.

4. LWVC is the California affiliate of the League of Women Voters of the United States ("LWV"), which was founded in 1920 as an outgrowth of the struggle for voting rights for women. LWV has more than one million members and supporters and is organized in more than 750 communities in all 50 states and the District of Columbia.

5. LWVC is a non-profit, non-partisan, grassroots membership organization. LWVC neither supports nor opposes any political party or candidate.

6. LWVC has approximately 7,000 members across the state of California, with 62 local League chapters. Each local League member is also a member of LWVC. Members pay dues annually and form the volunteer base for

the League's activities, both generally and especially around election times, when the number of active volunteers can double in size. The bulk of the work of LWVC and its local chapters is made possible by its member-volunteers.

7. The vast majority of LWVC members and volunteers, as well as members of the communities LWVC serves, are registered to vote in California or intend to register. This means that these individuals have already submitted or plan to submit sensitive information to the State for voter registration purposes—including their dates of birth, state identification and driver's license numbers, and the last four digits of their Social Security numbers—and they reasonably expect the State to keep this information private.

8. The mission of LWVC is to empower voters and defend democracy. LWVC strives to build a more equitable California for all who live there. We work to engage all Californians in acting on the issues that matter to them, to build political power and voice in communities historically underrepresented in the halls of government, to enact solutions to some of the biggest challenges facing our state, and to drive every eligible voter to register and to cast their ballot.

9. Many of the League's community-based activities, including its election-related work, are executed at the local chapter level. These activities are in turn coordinated at the state level by LWVC, which also provides strategic direction, training, physical and digital materials, and other forms of support.

10. LWVC uses an integrated voter engagement model, which research shows is one of the best ways to increase voter turnout and civic participation. Integrated voter engagement means that we work on the ground in our communities year-round to register voters and engage people in issue-based campaigns and advocacy efforts, and do not just reach out to our communities leading up to elections. LWVC ramps up our efforts in election years to fully engage people to register, turn out, vote, and use their power.

11. LWVC consistently operates in California communities as part of its integrated voter engagement model. Often, that involves extended, intricately planned campaigns, in concert with ally organizations, to engage and empower voters in issue-based campaigns on a local level, including through holding community workshops and attending local government meetings. These campaigns focus on a wide variety of issue areas, including four priority areas determined by the League's members: (1) Making Democracy Work, (2) Criminal Justice/Legal System Reform, (3) Housing/Homelessness, and (4) Climate Change/Sustainability. Such campaigns are planned in advance and require dedication and resources over time.

12. LWVC, through and in coordination with our local chapters, regularly conducts voter service projects, including efforts to register voters, get out the vote, and educate the public on elections. For example, during 2024, nearly 3,000 League volunteers donated almost 35,000 hours of their time providing voter information to Californians. These volunteer hours were applied at over 2,000 individual activities, including voter registration drives at high schools, colleges, and local community events; hosting "pros and cons" speaking events to educate the public regarding upcoming ballot measures; hosting candidate forums; and conducting get out the vote events, often in partnership with other community organizations, to educate, engage, and turn out voters in the period leading up to an election. At all of these events, both as part of any speaking program and in its print and digital materials, the League provides information to voters about how to register to vote and, when relevant to its voter education efforts, provides information on the confidentiality of voter data.

13. As one example of the written materials it uses to engage voters, in 2024, LWVC produced and distributed 153,700 copies of its Easy Voter Guide in five different languages, educating voters on how to register to vote and how to update their voter registration. LWVC produced its Easy Voter Guide through

library-based focus group work with adult learners—an innovative approach designed to insure that LWVC's written materials are maximally accessible, engaging, and effective for Californians who are new to the political process.

14. LWVC also promotes VOTE411.org, a national initiative of the League of Women Voters Education Fund ("LWVEF"), including by providing the URL in written materials like LWVC bookmarks and mentioning it during speaking programs at candidate forums. VOTE411.org is designed to provide all voters with the information they need to successfully participate in every election (local, state, and federal) because the League believes that laws and policies should reflect the values of the community. VOTE411.org also offers a Ballot Lookup Tool for voters to enter their addresses to find their local polling place and create a personalized voter guide.

15. VOTE411.org provides information to voters regarding the rules governing California elections, including how to register to vote and the deadline to register to vote.

16. LWVC, through and in coordination with our local chapters, also compiles voter guides for local, congressional, and statewide races by sending questionnaires to candidates, making telephone calls, and conducting research through electronic platforms.

17. LWVC and its local chapters throughout the state use social media, newsletters, and their websites to publicize information about how to register to vote and the deadline to register to vote.

18. LWVC and its local chapters plan to continue all of this voter outreach and registration work. This voter education is part and parcel of its integrated voter engagement model. LWVC's work in this regard is already underway, both because of the upcoming special election, and in light of the 2026 federal midterm elections, which will involve a June primary and a November general election, and which will feature an open gubernatorial contest in addition to other federal and

state races. Over the summer, the LWVC engaged in an intensive round of planning for voter engagement in the 2026 election cycle. In June, LWVC also held a statewide convention that included workshops for local League leaders to discuss election-related planning.

19. LWVC organizes locally and at the state level and engages in issue advocacy based on the consensus positions and issues voted on by the members of the League. As part of its statewide advocacy work, the League works to support or oppose legislation on issues where its statewide membership has reached consensus. This includes legislative and policy advocacy to reduce barriers to voter registration and protect voter data confidentiality, while also limiting laws, practices, and systems that risk the unnecessary or erroneous deactivation of voter registrations. For example, LWVC supported AB 1461 (Gonzalez 2015), California's Motor Voter law, which automatically registers eligible residents to vote when they complete a Department of Motor Vehicle transaction unless they opt out. That law also includes enhanced privacy safeguards including limits on data sharing, confidential voter categories, liability protections that shield mistakenly registered voters from fraud charges unless they knowingly vote while ineligible, and criminal penalties for unauthorized disclosure or misuse of voter registration information. LWVC also sits on the California Motor Voter Task Force, created by AB 796 (Berman 2021), and has sponsored bills extending the Task Force.

20. In addition, LWVC has opposed legislation that would burden voters and threaten voter privacy. In 2025, LWVC opposed AB 25 (DeMaio), which would have required voters to provide additional identification to cast a ballot, creating new risks of data exposure and barriers to participation.

21. LWVC is also a strong proponent of government transparency and seeks to ensure that transparency measures are implemented in ways that balance public accountability with voters' privacy rights. In this way, LWVC's interests

might diverge from the State's if they take the position that redacted voter data that is otherwise public can only be reviewed on-site at its offices.

22. The claims made and the relief sought by the DOJ creates a severe risk of harm to LWVC members, volunteers, and the communities LWVC serves. If the DOJ succeeds, LWVC members' sensitive data could be disclosed, undermining voter privacy rights LWVC has long worked to protect under California law. In particular, the DOJ could compel California to violate protections enumerated under the California Motor Voter law, dismantling the confidentiality procedures and protections from liability for LWVC members and volunteers, and disclosing voter information to a third party, the U.S. Government, which could use it to target politically active members.

23. The suit also directly threatens LWVC's mission to register, empower, and educate voters and to ensure democratic participation. Californians concerned that the State might share their sensitive information with the federal government may become less engaged and reluctant to register to vote or otherwise participate in the political process.

24. Further, if the DOJ is successful, LWVC would need to expend significant resources, including on (1) updating all of its voter education materials to provide eligible voters with information on how their data might be shared and having all those materials re-translated into multiple different languages; (2) creating and fielding trainings and voter outreach to alert voters about how their data may be shared; and (3) revising voter engagement plans and communications to educate voters on how their data may be shared and how, if at all possible, voters can attempt to protect their data. VOTE411.org's educational offerings would also need to be overhauled, and LWVC and local Leagues would need to update their websites, social media profiles, and other digital materials to ensure accuracy and emphasize the change in law.

25. Implementing these changes, and especially those changes occurring around the time close to the election when the League's resources are most stretched, would necessarily come at the expense of the League's existing plans for deploying its resources. A major change to the way voter data is handled would require LWVC to devote its finite resources to responding to the change and attempting to mitigate disenfranchisement. LWVC would need to shift its resources, including staff and volunteer hours, away from other voter outreach and education activities, including registering voters, especially (but not only) around the time of the election. And it would also need to shift resources, including staff and volunteer hours and bandwidth, away from its existing community-based organizing projects that it engages in as part of its integrated voter engagement model.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Oct. 19, 2025

Helen L Hutchison

Helen Hutchison