Rob Bonta
Attorney General of California
R. Matthew Wise
Seth E. Goldstein
Supervising Deputy Attorneys General
Robert William Setrakian (SBN 335045)
Anne P. Bellows (SBN 293722)
Lisa C. Ehrlich (SBN 270842)
Michael S. Cohen (SBN 339846)
Kevin L. Quade (SBN 285197)
William Bellamy (SBN 347029)
Malcolm A. Brudigam (SBN 323707)
Deputy Attorneys General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7873
 Fax: (916) 454-8171
 E-mail: Malcolm.Brudigam@doj.ca.gov
*Attorneys for Defendants Shirley Weber, in her official capacity as the California Secretary of State, and the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA,**<br><br>                              Defendants. | 2:25-cv-09149-DOC-ADS<br><br>**NOTICE OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date:         Monday, Dec. 8, 2025<br>Time:         8:30 a.m.<br>Courtroom:  10A<br>Judge:        Hon. David O. Carter<br>Trial Date:   None set.<br>Action Filed: Sept. 25, 2025 |

PLEASE TAKE NOTICE THAT at 8:30 a.m. on the 8th day of December, 2025 Defendants Shirley N. Weber, in her official capacity as the California Secretary of State, and the State of California will move to dismiss the Complaint for failure to state a claim. This motion will be based on the attached Memorandum

1

of Points and Authorities, the Declaration of Malcolm Brudigam and all supporting exhibits, the Request for Judicial Notice, and any other evidence or argument that the Court deems proper.

Defendants move to dismiss on the grounds that the Complaint fails to state a claim under Title III of the Civil Rights Act of 1960, the National Voter Registration Act, and the Help America Vote Act. Defendants move to dismiss the Title III claim on the grounds that the court lacks jurisdiction to compel any relief. Defendants also move to dismiss on the grounds that the Complaint fails to plead compliance with several Federal privacy laws.

This motion is made following the conference of counsel pursuant to L.R. 7-3 that took place on October 31, 2025. *See* Declaration of Malcolm A. Brudigam, ¶ 3. During that conference, counsel for Plaintiff stated that they oppose the motion.

Dated: November 7, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General

/s/ Malcolm A. Brudigam
_____
MALCOLM A. BRUDIGAM
Deputy Attorney General
*Attorneys for Defendants Shirley Weber, in her official capacity as the California Secretary of State, and State of California*

SA2025305412