ROB BONTA
Attorney General of California
R. MATTHEW WISE
SETH E. GOLDSTEIN
Supervising Deputy Attorneys General
ROBERT WILLIAM SETRAKIAN (SBN 335045)
ANNE P. BELLOWS (SBN 293722)
LISA C. EHRLICH (SBN 270842)
MICHAEL S. COHEN (SBN 339846)
KEVIN L. QUADE (SBN 285197)
WILLIAM BELLAMY (SBN 347029)
MALCOLM A. BRUDIGAM (SBN 323707)
Deputy Attorneys General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7873
 Fax: (916) 454-8171
 E-mail: Malcolm.Brudigam@doj.ca.gov
*Attorneys for Defendants Shirley Weber, in her official capacity as the California Secretary of State, and the State of California*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA,**<br><br>Defendants. | 2:25-cv-09149-DOC-ADS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**<br><br>Date: Monday Dec. 8, 2025<br>Time: 8:30 a.m.<br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Trial Date: None set.<br>Action Filed: Sept. 25, 2025 |

**REQUEST FOR JUDICIAL NOTICE**

Defendants Shirley Weber, in her official capacity as Secretary of State, and the State of California, respectfully request that the Court take judicial notice of several pieces of legislative history, an official state document, letters from the U.S.

1

Department of Justice ("DOJ") to thirty states, and dockets in lawsuits filed by DOJ against seven other states.

The Federal Rules support judicially noticing these documents. A court may take judicial notice of "a fact that is not subject to reasonable dispute" that "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

First, the Court can judicially notice the cited pieces of legislative history. "Legislative history is properly a subject of judicial notice." *Anderson v. Holder*, 673 F.3d 1089, 1094 n.1 (9th Cir. 2012) (taking judicial notice of excerpts from a Senate Report); *Chaker v. Crogan*, 428 F.3d 1215, 1223 n.8 (9th Cir. 2005) (taking judicial notice of a statute's legislative history); *Stone v. Sysco Corp.*, No. 16-cv-01145-DAD-JLT, 2016 WL 6582598, at *4 (E.D. Cal. Nov. 7, 2016) ("[T]he court may properly take judicial notice of legislative history, including committee reports." (citing *Ass'n des Eleveurs de Canards et d'Oies du Quebec v. Harris*, 729 F.3d 937, 945 n.2 (9th Cir. 2013))). Signing statements similarly qualify as judicially noticeable. *Flanagan v. Harris*, No. LA-cv-1606164-JAK-ASX, 2018 WL 2138462, at *3 (C.D. Cal. May 7, 2018), *vacated and remanded on other grounds sub nom. Flanagan v. Bonta*, No. 18-55717, 2023 WL 1771160 (9th Cir. Feb. 1, 2023).

These authorities counsel the Court to take judicial notice of the following legislative history documents regarding the Civil Rights Act of 1960:

- A copy of President Dwight D. Eisenhower's "Statement by the President Upon Signing the Civil Rights Act of 1960" (Declaration of Malcolm Brudigam in Support of California's Motion to Dismiss ["Brudigam Decl."], Ex. 9);
- A copy of Report No. 1205 on H.R. 8601 (Civil Rights Act of 1960) from the U.S. Senate (86th Congress), Judiciary Committee, dated March 29, 1960 (Brudigam Decl., Ex. 10);

2

- A copy of Report No. 956 on H.R. 8601 (Civil Rights Act of 1960) from the U.S. House of Representatives (86th Congress), Judiciary Committee, dated August 20, 1959 (Brudigam Decl., Ex. 11);
- A copy of the Message to Congress from the President of the United States Transmitting Recommendations Pertaining to Civil Rights dated February 5, 1959 (Brudigam Decl., Ex. 12);
- An excerpt (pp. 3682–3692) of the Congressional Record from February 27, 1960 in the U.S. Senate (Brudigam Decl., Ex. 13);
- An excerpt (pp. 5191–5194, 5208–5209) of the Congressional Record from March 10, 1960 in the U.S. House of Representatives (Brudigam Decl., Ex. 14); and
- A copy of the Civil Rights Act of 1957, Public Law No. 85-315 (Sept. 9, 1957) (Brudigam Decl., Ex. 15).

Second, the Court also should take judicial notice of an official California state documents. The Court may take judicial notice of "publicly available, official state documents." *Cmty. Health Ctr. All. for Patient Access v. Baass*, No. 2:20-cv-02171-DAD-KJN, 2023 WL 4564798, at *4 (E.D. Cal. July 17, 2023), *aff'd sub nom. Avenal Cmty. Health Ctr. v. Baass*, No. 23-16109, 2024 WL 4441430 (9th Cir. Oct. 8, 2024); *DeHoog v. Anheuser-Busch InBev SA/NV*, 899 F.3d 758, 763 & n.5 (9th Cir. 2018); *see Savage v. Cal. Dep't of Corr. & Rehab.*, No. 2:18-cv-01571-GGH, 2018 WL 2939216, at *1 & n.1 (E.D. Cal. June 12, 2018).

These authorities counsel the Court to take notice of the requested official document: a copy of California's voter registration form (Brudigam Decl., Ex. 16).

Third, the Court may "take judicial notice of self-authenticating documents, including those that bear 'a seal purporting to be that of the United States . . . or a department [or] agency' and 'a signature purporting to be an execution or attestation.'" *Blain v. Liberty Mut. Fire Ins. Co.*, No. 22-cv-00970-AJB-MMP, 2024 WL 948020, at *2 (S.D. Cal. Feb. 12, 2024) (quoting Fed. R. Evid. 902(1) and

taking judicial notice of a California Department of Insurance order); *Chavez v. Allstate Northbrook Indem. Co.*, No. 22-cvV-00166-AJB-DEB, 2025 WL 1757543, at *5 (S.D. Cal. June 25, 2025) (same); *Terry v. Wasatch Advantage Grp., LLC*, No. 2:15-cv-00799-KJM-DB, 2022 WL 17178388, at *4 (E.D. Cal. Nov. 23, 2022) (taking judicial notice three letters that were "self-authenticating as they bear HUD's seal and are signed").

These authorities counsel the Court to take notice of letters sent by DOJ to the follow states: Alaska, Arizona, Delaware, Georgia, Hawaii, Idaho, Illinois, Kansas, Louisiana, Maryland, Maine, Michigan, Minnesota, Missouri, Nebraska, New Hampshire, Nevada, New York, Ohio, Oregon, Pennsylvania, South Carolina, Texas, Utah, Virginia, Vermont, Washington, Wisconsin, West Virginia, and Wyoming (compiled in Brudigam Decl., Ex. 17). Each letter bears the DOJ seal and is signed, so they are the proper subject of judicial notice.

Finally, the Court may take notice of court records and dockets. *DeHoog*, 899 F.3d at 763 & n.5 (taking notice of court filings); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.*, 442 F.3d 741, 746 (9th Cir. 2006) (taking notice of docket items from another litigation); *Almont Ambulatory Surgery Ctr., LLC v. UnitedHealth Grp., Inc.*, 99 F. Supp. 3d 1110, 1125 (C.D. Cal. 2015) ("Courts may take judicial notice of public records, including court records from another case."); *Eliott v. Lions Gate Ent. Corp.*, 639 F. Supp. 3d 1012, 1021 (C.D. Cal. 2022) ("[A] court may notice another court's records for information regarding how a case progressed, what was argued by the parties, and on what basis the court ruled on a motion.").

These authorities counsel the Court to take notice of the dockets and proceedings in seven other lawsuits filed this year by DOJ seeking complete, unredacted voter rolls from those States, which are cited in the Memorandum of Points and Authorities filed herewith:

- *United States v. Bellows*, 1:25-cv-00468 (D.Me.) (filed Sep. 16, 2025);
- *United States v. Oregon*, 6:25-cv-01666 (D.Or.) (filed Sep. 16, 2025);

- *United States v. Simon*, 0:25-cv-03761 (D. Minn.) (filed Sep. 25, 2025);
- *United States v. Benson*, 1:25-cv-01148 (W.D. Mich.) (filed Sep. 25, 2025);
- *United States v. Pennsylvania*, 2:25-cv-01481 (W.D. Penn.) (filed Sep. 25, 2025);
- *United States v. Bd. Of Elecs.*, 1:25-cv-01338 (N.D.N.Y.) (filed Sep. 25, 2025);
- *United States v. Scanlan*, 1:25-cv-00371 (D.N.H.) (filed Sep. 205, 2025)

## CONCLUSION

The Court should take judicial notice of the requested documents.

Dated: November 7, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
Supervising Deputy Attorney General


/s/ Malcolm A. Brudigam
MALCOLM A. BRUDIGAM
Deputy Attorney General
*Attorneys for Defendants Shirley Weber, in her official capacity as the California Secretary of State, and State of California*

SA2025305412