# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California; and the STATE OF CALIFORNIA,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS** |

This matter came before the Court on December 8, 2025, on Defendants Shirley N. Weber, in her official capacity as the California Secretary of State, and the State of California, Motion to Dismiss the Complaint. Defendants seek dismissal of the Complaint because it fails to state a claim on all three causes of action, this Court lacks jurisdiction to provide any relief to the first cause of action, and it fails to plead compliance with several Federal laws.

///

///

///

The Court, having considered Defendants' Motion to Dismiss, Plaintiff's Opposition, Defendants' Reply, and oral argument presented to this Court in support of the parties' positions on the Motion, this Court hereby **GRANTS** the Motion and **ORDERS** the Complaint be **DISMISSED** without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE