HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
MAUREEN RIORDAN
Senior Counsel, Voting Section
Civil Rights Division
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
    U.S. Department of Justice
    4 Constitution Square, Room 8.141
    150 M Street NE
    Washington, D.C. 20002
    Telephone: (202) 704-5430
    Email: Brittany.Bennett@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
United States Attorney's Office
300 North Los Angeles Street, Suite 7516
Los Angeles, California 90012
Telephone: (213) 894-2464
E-Mail: julie.hamill@usdoj.gov

Attorneys for Plaintiff, UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the State of California,<br><br>Defendants. | CASE NO: 2:25-cv-09149-DOC-ADS<br><br>HON. DAVID O. CARTER<br><br>EX PARTE APPLICATION FOR CONTINUANCE<br><br>Date: Monday, Dec. 8, 2025<br>Time: 8:30AM<br>Courtroom: 10A<br>Judge: Hon. David O. Carter<br>Trial Date: None set.<br>Action filed: Sept. 25, 2025 |

## **EX PARTE APPLICATION FOR CONTINUANCE**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

　　Pursuant to Local Rules 7-19 and 7-19.1, Plaintiff United States of America respectfully applies *ex parte* for an order continuing the deadline to file its response to Defendants' Motion to Dismiss filed on November 7, 2025. Doc. 37.

1  Currently, Plaintiff's response is due on Monday, November 17, 2025. Plaintiff
2  requests a brief extension of 14 days, until December 1, 2025.
3        Plaintiff shows that good cause exists for a continuance as follows:
4      1.    Counsel for Plaintiff has been working diligently but was significantly
5  impacted by the recent federal government shutdown, which resulted in reduced
6  staffing and limited access to personnel and resources necessary to prepare the
7  response. Decl. of Brittany E. Bennett ¶ 7.
8      2.    Specifically, during the shutdown, all attorneys and staff in the
9  Section were furloughed and all work was limited except as permitted by law until
10 the lapse in appropriations was resolved. *Id.* ¶¶ 2-4.
11     3.    On November 7, 2025, during the shutdown, Defendants filed a
12 Motion to Dismiss (ECF No. 37) that set oral arguments for December 8, 2025,
13 providing a deadline of November 17, 2025, for Plaintiff to respond. *Id.* ¶¶ 5-6.
14     4.    On November 13, 2025, the first day that the Federal Government had
15 reopened, Plaintiff's counsel contacted opposing counsel and requested a
16 stipulation for an extension after explaining the circumstances of the shutdown and
17 its impact on counsel, but Defendants' counsel declined. *Id.* ¶ 8.
18     5.    Plaintiff's counsel informed Defendants' counsel that she would file
19 this *ex parte* application. *Id.* ¶ 9.
20     6.    Under normal noticed-motion procedures, the deadline for Plaintiff's
21 response to Defendants' Motion to Dismiss would expire before the motion for
22 continuance could be heard, making *ex parte* relief necessary.
23     7.    Without relief, Plaintiff will suffer prejudice, as Plaintiff's counsel has
24 insufficient time to file a response by the deadline despite diligence under the
25 extraordinary circumstances of the lengthy Government shutdown.
26     For all the reasons set forth above, Plaintiff prays that this Court grant the
27 requested extension to provide Plaintiff up to and including December 1, 2025, to
28 file its response to the Motion to Dismiss (ECF No. 37), to issue an order

continuing the hearing set for December 8, 2025, and for such other relief as the Court deems just and proper.

DATED: November 14, 2025          Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

/s/ *Brittany E. Bennett*
MAUREEN RIORDAN
Senior Counsel, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov