Lalitha D. Madduri (CA Bar No. 301236)
lmadduri@elias.law
Jacob D. Shelly* (DC Bar No. 90010127)
jshelly@elias.law
Christopher D. Dodge* (DC Bar No. 90011587)
cdodge@elias.law
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498

Tyler L. Bishop (CA Bar No. 337546)
tbishop@elias.law
Walker McKusick* (WA Bar No. 63205)
wmckusick@elias.law
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
F: (206) 656-0180

Omar Qureshi (CA Bar No. 323493)
omar@qureshi.law
Max Schoening (CA Bar No. 324643)
max@qureshi.law
**QURESHI LAW PC**
700 Flower Street, Suite 1000
Los Angeles, CA 90017
T: (213) 600-6096
F: (213) 277-8989

*Counsel for Proposed Intervenor-Defendants
NAACP; NAACP California-Hawaii State
Conference; and Services, Immigrant Rights and
Education Network*

*\* Admitted pro hac vice*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br>    v.<br><br><br>SHIRLEY N. WEBER, in her official capacity as Secretary of State of California, et al.,<br><br>    Defendants. | Case No:  2:25-cv-09149-DOC-ADS<br><br>**NAACP; NAACP CALIFORNIA-HAWAII STATE CONFERENCE; AND SERVICES, IMMIGRANT RIGHTS AND EDUCATION NETWORK NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE PROPOSED MOTION TO DISMISS**<br><br>Hearing Date: December 8, 2025*<br><br>Time: 8:30 a.m.<br><br>Courtroom: 5A, 5th Floor<br><br>*Proposed Intervenors include the existing hearing date for Defendants' Motion to Dismiss on the understanding that the Court intends to set a schedule for proceedings on the pending motions.* |

## NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE
## PROPOSED MOTION TO DISMISS

The National Association for the Advancement of Colored People ("NAACP"), the NAACP California-Hawaii State Conference ("NAACP-CA/HI"), and Services, Immigrant Rights and Education Network ("SIREN") (together, "NAACP-SIREN Proposed Intervenors") move for leave to file their Proposed Notice of Motion and Motion to Dismiss, attached hereto as **Exhibit A**. The required proposed order for that motion is attached as **Exhibit B**. In support of their Motion, the NAACP-SIREN Proposed Intervenors state as follows.

1. The United States of America filed this lawsuit on September 25, 2025, seeking, among other things, an extraordinary order from this Court compelling California to provide its full and "unredacted" statewide voter registration list.

2. NAACP-SIREN Proposed Intervenors moved to intervene on October 7, 2025, the same day a judge was first assigned in this matter. *See* ECF No. 14. Proposed Intervenors seek to prevent impairments of their nearly 12,000 members' fundamental voting and privacy rights, as well as their own mission-critical voting programs. *Id.*

3. In their Motion to Intervene, NAACP-SIREN Proposed Intervenors indicated that they intended to file a Motion to Dismiss this case pursuant to Federal Rule of Civil Procedure 12 in the event they are granted intervention.

4. NAACP-SIREN Proposed Intervenors' Motion to Intervene became fully briefed and ripe for decision by this Court on November 3, 2025. This Court set a hearing on the Motion and other pending matters for November 17, 2025.

5. Defendants Secretary of State Shirley Weber and the State of California moved to dismiss Plaintiff's action on November 7, 2025 with a hearing date of December 8, 2025. *See* ECF No. 37. On November 14, 2025, the United States filed an *ex parte* motion seeking an extension of its time to respond to Defendants' motion to dismiss. *See* ECF No. 57.

6.    At the November 17 hearing, this Court indicated that it intends to rule promptly on all pending motions—including NAACP-SIREN Proposed Intervenors' Motion to Intervene as well as Defendants' Motion to Dismiss. The Court set another hearing for November 19 to address the pending motions to intervene and to determine a schedule for resolving the merits.

7.    At the November 17 hearing, counsel for NAACP-SIREN Proposed Intervenors indicated that they were amenable to any briefing schedule and would file a Rule 12(b)(6) motion to dismiss as soon as the Court wished to facilitate resolution of this important case. Counsel for the United States further indicated that it was amenable to the Proposed Intervenors filing a motion to dismiss on an expedited timeframe and then filing a consolidated opposition to all motions to dismiss.

8.    While the Court did not set any formal deadline for the filing of such a motion, NAACP-SIREN Proposed Intervenors seek leave through this motion for leave to lodge their Proposed Motion to Dismiss on the docket, to aid the Court's expeditious resolution of this matter. NAACP-SIREN Proposed Intervenors also notice their Proposed Motion to Dismiss for the same hearing date as the Defendants' now pending motion to dismiss, in order to harmonize any briefing and hearing schedule.

9.    Because the Court has not yet ruled on their Motion to Intervene, and out of an abundance of caution, Proposed Intervenors file this motion for leave to file their Proposed Notice of Motion and Motion to Dismiss on this Court's docket.

10.    Shortly after the hearing, counsel for Proposed Intervenors emailed counsel for the existing parties to obtain their positions on this Motion as well as Proposed Intervenors' Proposed Motion to Dismiss. *See* **Exhibit C**, Decl. of Lalitha D. Madduri ¶¶ 4–5.[1]

---

[1] NAACP-SIREN Proposed Intervenors request that the Court accept their Proposed Motion to Dismiss in the event the Court grants their Motion to Intervene, ECF No. 14. *See, e.g.*, *Twitch Interactive, Inc. v. Fishwoodco GmbH*, No. 5:22-CV-03218, 2023 WL 7458374, at *5 (N.D. Cal. Nov. 9, 2023); *Donald Trump for President, Inc. v. Benson*, No. 1:20-cv-01083-JTN-PJG, 2020 WL 8573863 at *3 (W.D. Mich. Nov. 17, 2020).

11.     Counsel for Plaintiff stated they oppose both leave to file this Motion as well as the Proposed Motion to Dismiss. *Id.* ¶ 5. Counsel for Defendants stated they do not oppose either motion. *Id.* ¶ 4.

12.     The foregoing establishes good cause to grant this Motion, which NAACP-SIREN Proposed Intervenors respectfully submit will aid the Court in the expeditious resolution of this case.

Proposed Intervenors respectfully request that the Court grant their motion for leave to file the attached Proposed Notice of Motion and Motion to Dismiss.

Dated: November 17, 2025                Respectfully submitted,

*/s/ Lalitha D. Madduri*
Lalitha D. Madduri (CA Bar No. 301236)
Jacob D. Shelly* (DC Bar No. 90010127)
Christopher D. Dodge* (DC Bar No. 90011587)
**ELIAS LAW GROUP LLP**
250 Massachusetts Ave. NW, Suite 400
Washington, DC 20001
T: (202) 968-4652
F: (202) 968-4498
lmadduri@elias.law
jshelly@elias.law
cdodge@elias.law

Tyler L. Bishop (CA Bar No. 337546)
Walker McKusick* (WA Bar No. 63205)
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
T: (206) 656-0177
tbishop@elias.law
wmckusick@elias.law

1

2
Omar Qureshi (CA Bar No. 323493)
Max Schoening (CA Bar No. 324643)

3
**QURESHI LAW PC**
700 Flower Street, Suite 1000

4
Los Angeles, CA 90017

5
T: (213) 600-6096
omar@qureshi.law

6
max@qureshi.law

7

8
*Counsel for Proposed Intervenor-*
*Defendants NAACP; NAACP California-*

9
*Hawaii State Conference; and Services,*
*Immigrant Rights and Education Network*

10

11
*\* Admitted pro hac vice*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28