1  HARMEET K. DHILLON
   Assistant Attorney General
2  Civil Rights Division
3
4  MAUREEN RIORDAN
   Senior Counsel, Voting Section
5  Civil Rights Division
6  BRITTANY E. BENNETT
   Trial Attorney, Voting Section
7  Civil Rights Division
8         U.S. Department of Justice
          4 Constitution Square, Room 8.141
9         150 M Street NE
10        Washington, D.C. 20002
          Telephone: (202) 704-5430
11        Email: Brittany.Bennett@usdoj.gov
12
13 Attorneys for Plaintiff, UNITED STATES OF AMERICA

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the State of California,<br><br>Defendants. | CASE NO: 2:25-cv-09149-DOC-ADS<br><br>HON. DAVID O. CARTER<br><br>NOTICE OF ERRATA RE: OPPOSITION TO MOTION TO DISMISS<br><br>Date:    Monday, Dec. 8, 2025<br>Time:   8:30 a.m. Courtroom: 10A<br>Trial Date:   None set.<br>Action Filed: Sept. 25, 2025 |

**<u>NOTICE OF ERRATA RE: OPPOSITION TO MOTION TO DISMISS</u>**

Plaintiff United States of America gives notice that the document filed on November 18, 2025 (Dkt. 63) inadvertently omitted the Certificate of Compliance required by L.R. 11-6.1, and signature of counsel. The document is refiled herewith to resolve the omission.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Brittany E. Bennett
Trial Attorney, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov