UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *United States of America*,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>*Shirley Weber, in her Official Capacity as California Secretary of State*, and *the State of California*,<br><br>　　　　　　　　Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR MOTION TO DISMISS** |

　　　　On November 19, 2025, the Parties[1] appeared and stipulated to the following briefing and hearing schedule for Defendants' motions to dismiss:

　　　　Intervenors NAACP, NAACP California-Hawaii State Conference, and Services, Immigrant Rights and Education Network's Motion to Dismiss [ECF No. 62-1] is lodged on the docket.

　　　　Intervenor League of Women Voters California shall file its Motion to Dismiss by November 20, 2025.

---

[1] At the hearing, the Court granted intervention to NAACP; NAACP California-Hawaii State Conference; Services, Immigrant Rights and Education Network; and the League of Women Voters California via oral order.

State Defendants shall file their Reply in Support of their Motion to Dismiss [ECF No. 37] by November 25, 2025.

Plaintiff shall file its opposition to intervenors' Motions to Dismiss by November 26, 2025.

Intervenors shall file their replies in support of their Motions to Dismiss by December 1, 2025.

Argument on all motions to dismiss shall be heard on December 4, 2025 at 7:30 A.M. in the Los Angeles Courthouse.

IT IS SO ORDERED.

Dated: _____

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE