DAVID H. LANTZER, State Bar No. 221734
dlantzer@olsonremcho.com
OLSON REMCHO, LLP
555 East Ocean Blvd., Suite 420
Long Beach, CA 90802
Phone: (916) 442-2952
Fax: (916) 442-1280

DANIEL KOBRIN*
Assistant Attorney General
dkobrin@oag.maryland.gov
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 210202
Phone: (410) 576-6472
Fax: (410) 576-6955
*Pending application for appearance *pro hac vice*

Attorneys for Maryland and Amici States

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: 2:25-CV-09149-DOC-ADS |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF DOCKET NO. 76** |
| v. | Judge: The Honorable David O. Carter |
| SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA, | Dept.: Courtroom 10A, 10th Floor |
| Defendants, | |

**TO THE CLERK OF THE COURT:**

  PLEASE TAKE NOTICE THAT counsel for Maryland and Amici States hereby withdraw Docket No. 76, which added Daniel M. Kobrin as Amicus in the above-referenced case, with David H. Lantzer listed as his counsel of record. Since then, counsel for Maryland and Amici States have filed Docket No. 79 and Docket No. 80 to correct the deficiencies in Docket No. 76. *See also* Docket No. 77.

| | |
|---|---|
| Dated: November 26, 2025 | Respectfully submitted, |
| | OLSON REMCHO, LLP |
| | |
| | By:  /s/ David H. Lantzer |
| |    David H. Lantzer |
| | Attorneys for Maryland and Amici States |

(2,141,625)