UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA,<br><br>*Defendants.* | Case No.: 2:25-CV-09149-DOC-ADS<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF** |

This matter came before the Court on November 25, 2025, on a motion for leave to file amicus brief, which motion was filed by sixteen States through their respective Attorneys General. Because participation by the States would be helpful to this Court, the motion at ECF \_\_\_\_ is hereby GRANTED.

SO ORDERED on this _____ day of _____, 2025.

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1