JEREMY D. SACKS, CA Bar No. 174839
jeremy.sacks@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380

MATTHEW D. SEGAL, CA Bar No. 190938
matthew.segal@stoel.com
STOEL RIVES LLP
500 Capitol Mall
Sacramento, CA 95814
Telephone: 916.447.0700

JOHN HILL, *pro hac vice* forthcoming
jhill@citizensforethics.org
DONALD SHERMAN, *pro hac vice* forthcoming
dsherman@citizensforethics.org
Citizens for Responsibility and Ethics in Washington
1331 F Street NW, Suite 900
Washington, DC 20004
Telephone: 202.408.5565

*Attorneys for Amicus Curiae Bipartisan Former Secretaries of State*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of the State of California and the STATE OF CALIFORNIA,<br><br>Defendants. | Case No. 2:25-CV-09149-DOC-ADS<br><br>**MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF 37)** |

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS (ECF 37)

-1-

2:25-CV-09149-DOC-ADS

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

151169348.1 0099880-01587

## I. INTRODUCTION

Proposed *Amici* move for leave to file the attached amicus brief in support of Defendants' Motion to Dismiss (ECF 37) (the "Motion"), and state as follows:

Proposed *Amici* are a bipartisan group of former state secretaries of state for Colorado, Connecticut, Minnesota, Nebraska, Oregon, Pennsylvania, and Washington. As the former chief election administrators in their respective states, they are uniquely familiar with states' crucial role in regulating and administering federal elections. The Proposed *Amici* should be granted leave to file the accompanying brief because of their unique insight into the states' role in administering elections, which addresses a matter central to this challenge and is offered from a perspective that is not otherwise provided by the parties.

No party's counsel has authored this brief in whole or in part and no person or entity, other than Proposed *Amici* or their counsel, has made a monetary contribution to the preparation or submission of this brief.

## II. IDENTITY AND INTEREST OF AMICI CURIAE

"Whether to allow Amici to file a brief is solely within the Court's discretion, and generally courts have 'exercised great liberality.'" *Andrikos v. Pac. Mar. Ass'n*, No. 2:19-CV-10421-GW (JCX), 2021 WL 12323931, at *1 (C.D. Cal. June 30, 2021); *accord City of Costa Mesa v. United States*, No. 820CV00368JLSJDE, 2020 WL 2048586, at *3 fn. 6 (C.D. Cal. Feb. 28, 2020) (stating same). "A court may grant leave to appear as an amicus if the information offered is 'timely and useful.'" *Raiser v. Kleeger*, No. CV 21-9344-DSF (KK), 2022 WL 2903133, at *1 (C.D. Cal. Apr. 7, 2022). "District courts frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has 'unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide.'" *NGV*

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

-2-   2:25-CV-09149-DOC-ADS

Stoel Rives LLP
Attorneys at Law
Portland

151169348.1 0099880-01587

*Gaming, Ltd. v. Upstream Point Molate, LLC*, 355 F. Supp. 2d 1061, 1067 (N.D. Cal. 2005) (quoting *Cobell v. Norton*, 246 F.Supp.2d 59, 62 (D.D.C. 2003)). The "classic role" of amicus curiae is to "assist[] in a case of general public interest, supplement[] the efforts of counsel, and draw[] the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

### III.  REASONS WHY MOTION SHOULD BE GRANTED

The Court should exercise its discretion to permit Proposed *Amici* to file the attached amicus brief.  Counsel for *Amici* are familiar with the scope of the arguments presented by the parties and will not unduly repeat those arguments. Instead, the proposed brief, informed by Proposed *Amici's* expertise and direct experience faithfully overseeing elections, will assist the Court in its consideration of the Motion by shedding additional light on the states' pivotal role in enacting and executing election laws. The brief proceeds by arguing that the U.S. Constitution assigns states—not the federal government—the primary role in regulating and administering federal elections. It next explains that Congress, through the National Voter Registration Act (the "NVRA") and the Help America Vote Act (the "HAVA"), reaffirmed states' authority over voter roll maintenance. The brief then explains that voter files contain sensitive information that states must protect, and that no federal law requires disclosure of such data. Finally, it argues that forcing states to share this information creates privacy and cybersecurity risks and violates the Federal Privacy Act. As bipartisan former officials from states that both elect and appoint secretaries of state, Proposed *Amic*i have a diverse range of

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

-3-

2:25-CV-09149-DOC-ADS

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

151169348.1 0099880-01587

perspectives. Proposed *Amici* also share a common commitment to ensuring that elections are free and fair and support the Motion.

As the United States District Court for the District of Columbia concluded in granting an overlapping group of Amici leave to file a similar amicus brief in litigation challenging an executive order related to similar issues, "[a]s former state election officials, [A]mici offer a unique perspective not presented by the parties. And their proposed brief is relevant and helpful." Minute Order, *League of United Latin American Citizens, et al. v. Executive office of the President, et al.*, No. 25-946, (April 24, 2025) ("LULAC"); *see also California v. Trump*, 786 F. Supp. 3d 359, 391, 392 (D. Mass. 2025) (granting overlapping amici leave to file amicus brief in case raising similar issues).

Counsel for Proposed *Amici* have conferred with counsel for the parties. Plaintiff and Defendants take no position on the motion to leave.

## IV. CONCLUSION

For these reasons, Proposed *Amici* respectfully requests that the Court grant it leave to file the amicus brief attached as Exhibit B.

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

-4-   2:25-CV-09149-DOC-ADS

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

151169348.1 0099880-01587

| | | |
|---|---|---|
| 1 | DATED: November 26, 2025 | STOEL RIVES LLP |
| 2 | | */s/ Matthew D. Segal* |
| 3 | | JEREMY SACKS, CA Bar No. 174839 |
| | | STOEL RIVES LLP |
| 4 | | jeremy.sacks@stoel.com |
| | | 760 SW Ninth Avenue, Suite 3000 |
| 5 | | Portland, OR 97205 |
| | | Telephone: 503.224.3380 |
| 6 | | |
| | | MATTHEW D. SEGAL, CA Bar No. 190938 |
| 7 | | matthew.segal@stoel.com |
| | | STOEL RIVES LLP |
| 8 | | 500 Capitol Mall |
| | | Sacramento, CA 95814 |
| 9 | | Telephone: 916.447.0700 |
| 10 | | *Attorneys for Amicus Curiae Bipartisan Former Secretaries of State* |

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF BIPARTISAN FORMER STATE SECRETARIES OF STATE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

-5-

2:25-CV-09149-DOC-ADS

151169348.1 0099880-01587

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND