**SHIRLEY N. WEBER, Ph.D.** | SECRETARY OF STATE | STATE OF CALIFORNIA
LEGAL AFFAIRS OFFICE
1500 11th Street | Sacramento, CA 95814 | 916.695-1242 | www.sos.ca.gov

July 22, 2025

<u>Via Mail and Email</u>

Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW -4CON
Washington, DC 20530

Maureen S. Riordan
Acting Chief, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW -4CON
Washington, DC 20530
maureen.riordan2@usdoj.gov

Dear Michael Gates and Maureen Riordan,

We are in receipt of your letter dated July 10, 2025, wherein you requested information regarding California's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act.

Additionally, you requested additional information and posed six questions related to California responses to the Election Assistance Commission's Election Administration and Voting Survey (EAVS) report.

We are currently identifying information related to your request. We have determined we will require 90 days to provide a response, but will make every effort to respond sooner, if possible.

If you have any questions, please feel free to contact our office's Legal Affairs Division at legalsupport@sos.ca.gov.

Thank you for your understanding.

Respectfully,

<u>/s/ Shirley N. Weber</u>

Shirley N. Weber, Ph.D.
California Secretary of State