**U.S. Department of Justice**

Civil Rights Division

*Voting Section - NWB*
*950 Pennsylvania Ave, NW*
*Washington, DC  20530*

July 29, 2025

Via Mail and Email
The Honorable Shirley N. Weber
c/o Legal Affairs Office
Office of the Secretary of State
State of California
1500 11th Street
Sacramento, CA  95814
Secretary.weber@sos.ca.gov
legalsupport@sos.ca.gov

Dear Secretary Weber,

Please allow this letter to reply to your correspondence dated July 22, 2025, responding to the U.S. Department of Justice's July 10, 2025 letter, calling for a series of information and records disclosures pursuant to the NVRA.

The request for another 90 days to respond to the Justice Department with information that should already be readily available to the Secretary of State is not acceptable.  For example, Question 5 regarding the EAVS Report, should be answerable now.  Moreover, process questions such as in Question 2, "Please explain California's process for determining duplicates and what happens to the duplicate registrations," are also answerable now.  Accordingly, please provide those responses by August 8, 2025.

Similarly, the electronic copy of the statewide voter registration list is readily available to you.  Accordingly, we request an unredacted statewide voter registration list by August 8, 2025 as well.  As you know, Section 8(i) of the NVRA requires states to make available "all records concerning the implementation of programs and activities conducted for the purpose of ensuring the accuracy and currency of official lists of eligible voters." 52 U.S.C. § 20507(i).

2

We recognize, however, that other responses may take more time. As such, we are willing to give the Secretary of State until Friday, August 29, 2025, to respond to the other requests. If you have any questions, please contact Tim Mellett, Deputy Chief, Voting Section, at 202-307-6262 or timothy.f.mellett@usdoj.gov.

Sincerely,

_____
Michael E. Gates
Deputy Assistant Attorney General
Civil Rights Division

Maureen Riordan
Acting Chief, Voting Section
Civil Rights Division

cc:     Jana Lean
        Chief of Elections
        1500 11th Street, 5th Floor
        Sacramento, CA 95814
        jana.lean@sos.ca.gov