**SHIRLEY N. WEBER, Ph.D.** | SECRETARY OF STATE | STATE OF CALIFORNIA
LEGAL AFFAIRS OFFICE
1500 11th Street | Sacramento, CA 95814 | 916.695-1242 | www.sos.ca.gov

August 29, 2025

<u>Via Mail and Email</u>

Harmeet K. Dhillon, Assistant Attorney General
Michael E. Gates, Deputy Assistant Attorney General
Maureen S. Riordan, Acting Chief, Voting Section
Civil Rights Division
United States Department of Justice
950 Pennsylvania Ave. NW-4CON
Washington, DC 20530
Michael.Gates2@usdoj.gov
Maureen.Riordan2@usdoj.gov

Ms. Dhillon, Mr. Gates, and Ms. Riordan:

We write in response to your letters dated July 10 and 29, 2025, wherein you requested information regarding California's procedures for complying with the statewide voter registration list maintenance provisions of the National Voter Registration Act. Additionally, you requested other county-specific information and posed six questions related to California's responses to the Election Assistance Commission's Election Administration and Voting Survey (EAVS) report. On August 8, 2025, we responded to two of those six questions.

In your July 29 letter, the Department of Justice (DOJ) requested that my office provide responses to the remaining requests in the July 10 letter by August 29, 2025. Since then, DOJ sent a subsequent letter on August 13, 2025, requesting additional voluminous documents and unredacted sensitive data.

In this letter, my office is providing a response to the following request from DOJ's July 10 letter: "Please provide a list of the election officials who are responsible for implementing California's general program of voter registration list maintenance from November 2022 through receipt of this letter, including those responsible officials not employed by your office (such as local election officials) who are also involved in that effort."  Attached to this letter is a current list of all county elections officials with their contact information. Secretary of State employees may be reached through my Legal Affairs Office at: legalsupport@sos.ca.gov.

As to the remaining information requests from DOJ's original July 10 letter, I am writing to inform you that we anticipate providing a response by September 12, 2025. This will provide my

office with the necessary time to communicate with local elections officials regarding the county-specific information requested. To the extent my office can provide rolling responses sooner than September 12, we will do so.

Respectfully,

/s/ Shirley N. Weber

Shirley N. Weber, Ph.D.
California Secretary of State

**Alameda**
Tim Dupuis, Registrar of Voters
1225 Fallon Street, Room G-1
Oakland, CA 94612
(510) 272-6933
(510) 272-6982 Fax
Hours: 8:30 a.m. - 5:00 p.m.
https://www.acvote.org

**Alpine**
Teola L. Tremayne, County Clerk
99 Water Street
Markleeville, CA 96120
Mailing Address:
P.O. Box 158
Markleeville, CA 96120
(530) 694-2281
(530) 694-2491 Fax
Hours: 8:30 a.m. - 12:00 p.m. / 1:00 p.m. - 5:00 p.m.
https://www.alpinecountyca.gov
E-Mail: ttremayne@alpinecountyca.gov

**Amador**
Kimberly L. Grady, County Clerk
810 Court Street
Jackson, CA 95642-2132
(209) 223-6465
(209) 223-6467 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.amadorgov.org/government/elections
E-Mail: Elections@amadorgov.org

**Butte**
Keaton Denlay, County Clerk-Recorder/Registrar of Voters
155 Nelson Ave
Oroville, CA 95965-3411
(530) 552-3400, option 1
(800) 894-7761 (Domestic)
(530) 538-6853 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://buttevotes.net/35/Elections
E-Mail: elections@buttecounty.net

**Calaveras**
Rebecca Turner, County Clerk/Recorder
Elections Department
891 Mountain Ranch Road
San Andreas, CA 95249
(209) 754-6376
(209) 754-6733 Fax
Hours: 8:00 a.m. - 4:00 p.m.
http://elections.calaverasgov.us
E-Mail: electionsweb@co.calaveras.ca.us

**Colusa**
Cristy Jayne Edwards, County Clerk/Recorder/Registrar of Voters
546 Jay Street, Suite 200
Colusa, CA 95932
(530) 458-0500
(530) 458-0512 Fax
Hours: 8:30 a.m. - 4:00 p.m.
http://www.countyofcolusa.org
E-Mail: clerkinfo@countyofcolusa.org

**Contra Costa**
Kristin Braun Connelly, County Clerk, Recorder and Registrar of Voters
555 Escobar Street
Mailing Address:
P.O. Box 271
Martinez, CA 94553
(925) 335-7800
(925) 335-7838 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.contracostavote.gov/
E-Mail: voter.services@vote.cccounty.us

**Del Norte**
Alissia Northrup, County Clerk-Recorder
981 H Street, Room 160
Crescent City, CA 95531
(707) 464-7216
(707) 465-0321 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.co.del-norte.ca.us/departments/Elections
E-Mail: anorthrup@co.del-norte.ca.us

**El Dorado**
Linda Webster, Registrar of Voters
3883 Ponderosa Road
Shingle Springs, CA 95682
Mailing Address:
P.O. Box 678001
Placerville, CA 95667
(530) 621-7480
(530) 677-1014 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.eldoradocounty.ca.gov/County-Government/Elections
E-Mail: elections@edcgov.us

**Fresno**
James Kus, County Clerk/Registrar of Voters
2221 Kern Street
Fresno, CA 93721
(559) 600-8683
(559) 488-3279 Fax
Hours: 8:30 a.m. - 5:00 p.m.
https://www.fresnocountyca.gov/Departments/County-ClerkRegistrar-of-Voters
E-Mail: clerk-elections@fresnocountyca.gov

**Glenn**
Sendy Perez, County Assessor/Clerk-Recorder/Elections
516 W. Sycamore Street, 2nd Floor
Willows, CA 95988
(530) 934-6414
(530) 934-6571 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.countyofglenn.net/dept/elections/welcome
E-Mail: elections@countyofglenn.net

**Humboldt**
Juan Pablo Cervantes, County Clerk, Recorder and Registrar of Voters
2426 6th Street
Eureka, CA 95501
(707) 445-7481
(707) 445-7204 Fax
Hours: 8:30 a.m. - 12:00 p.m. / 1:00 p.m. - 5:00 p.m.
https://humboldtgov.org/890/Elections-Voter-Registration
E-Mail: humboldt_elections@co.humboldt.ca.us

**Imperial**
Linsey J. Dale, Registrar of Voters
940 W. Main Street, Suite 206
El Centro, CA 92243
(442) 265-1060
(442) 265-1062 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://elections.imperialcounty.org/
E-Mail: linseydale@co.imperial.ca.us

**Inyo**
Danielle Sexton, Clerk/Recorder & Registrar of Voters
168 N. Edwards Street
Independence, CA 93526
Mailing Address:
P.O. Drawer F
Independence, CA 93526
(760) 878-0224
(760) 878-1805 Fax
Hours: 8:00 a.m. - 12:00 p.m. / 1:00 p.m. - 5:00 p.m.
https://elections.inyocounty.us
E-Mail: dsexton@inyocounty.us

**Kern**
Aimee X. Espinoza, Auditor-Controller/County Clerk/Registrar of Voters
1115 Truxtun Avenue, First Floor
Bakersfield, CA 93301
(661) 868-3590
(800) 452-8683
(661) 868-3768 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.kernvote.com
E-Mail: elections@kerncounty.com

**Kings**
Lupe Villa, Registrar of Voters
1400 W. Lacey Blvd. Bldg. #7
Hanford, CA 93230
(559) 852-4401
(559) 585-8453 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.countyofkings.com/departments/administration/elections
E-Mail: Elections@Countyofkings.com

**Lake**
Maria Valadez, Registrar of Voters
325 N. Forbes Street
Lakeport, CA 95453
(707) 263-2372
(707) 263-2742 Fax
Hours: Monday - Friday: 8:00 a.m. - 5:00 p.m.
https://www.lakecountyca.gov/818/Registrar-of-Voters
E-Mail: elections@lakecountyca.gov

**Lassen**
Julie Bustamante, County Clerk-Recorder
220 S. Lassen Street, Suite 5
Susanville, CA 96130
(530) 251-8217
(530) 257-3480 Fax
Hours: 9:00 a.m. - 12:00 p.m. / 1:00 p.m. - 4:00 p.m.
http://www.lassencounty.org/dept/county-clerk-recorder/elections/
E-Mail: lcclerk@co.lassen.ca.us

**Los Angeles**
Dean Logan, Registrar - Recorder/County Clerk
12400 Imperial Hwy.
Norwalk, CA 90650
Mailing Address:
P.O. Box 1024
Norwalk, CA 90651-1024
(800) 815-2666
(562) 929-4790 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.lavote.gov/home/voting-elections
E-Mail: voterinfo@rrcc.lacounty.gov

**Madera**
Rebecca Martinez, Clerk/Recorder/ROV
Elections Division
200 W. 4th Street
Madera, CA 93637
(559) 675-7720
(559) 675-7870 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://votemadera.com
E-Mail: electionsinfo@maderacounty.com

**Marin**
Natalie Adona, Registrar of Voters
3501 Civic Center Drive, Room 121
San Rafael, CA 94903
Mailing Address:
P.O. Box E
San Rafael, CA 94913-3904
(415) 473-6456
(415) 473-6447 Fax
Hours: 8:00 a.m. - 4:30 p.m.
https://www.marincounty.gov/departments/elections
E-Mail: elections@marincounty.gov

**Mariposa**
Courtney Progner Morrow, Registrar of Voters
Hall of Records
4982 10th Street
Mariposa, CA 95338
Mailing Address:
P.O. Box 247
Mariposa, CA 95338
(209) 966-2007
(209) 966-6496 Fax
Hours: 8:00 a.m. - 5:00 p.m.
http://www.mariposacounty.org/87/Elections
E-Mail: cmorrow@mariposacounty.org

**Mendocino**
Katrina Bartolomie, Assessor-County Clerk-Recorder
Elections Department
501 Low Gap Road, Room 1020
Ukiah, CA 95482
(707) 234-6819
(707) 463-6597 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.mendocinocounty.org/government/assessor-county-clerk-recorder-elections/elections
E-Mail: acr@co.mendocino.ca.us

**Merced**
Melvin E. Levey, Registrar of Voters
2222 M Street
Merced, CA 95340
(209) 385-7541
(209) 385-7387 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.countyofmerced.com/3878/Elections
E-Mail: mcvotes@mendocinocounty.gov


**Modoc**
Stephanie Wellemeyer, County Auditor/Clerk/Recorder
108 E. Modoc Street
Alturas, CA 96101
(530) 233-6200
(530) 233-6666 Fax
Hours: 8:30 a.m. - 12:00 p.m. / 1:00 p.m. - 5:00 p.m.
http://www.co.modoc.ca.us/departments/elections
E-Mail: clerkelections@co.modoc.ca.us


**Mono**
Queenie Barnard, Clerk – Recorder – Registrar
(Library Building)
74 N. School Street, Annex I
Bridgeport, CA 93517
Mailing Address:
P.O. Box 237
Bridgeport, CA 93517
(760) 932-5537
(760) 932-5531 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://monocounty.ca.gov/elections
E-Mail: elections@mono.ca.gov

**Monterey**
Gina Martinez, Registrar of Voters
1441 Schilling Place - North Building
Salinas, CA 93901
Mailing Address:
P.O. Box 4400
Salinas, CA 93912
(831) 796-1499
(831) 755-5485 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.montereycountyelections.us
E-Mail: elections@co.monterey.ca.us

**Napa**
John Tuteur, Assessor-Recorder-County Clerk
Napa County Registrar of Voters
1127 First St. Ste. E
Napa, CA 94559
(707) 253-4321
(707) 253-4390 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.countyofnapa.org/396/Elections
E-Mail: elections@countyofnapa.org

**Nevada**
Corey O'Hayre, Acting Clerk-Recorder, Registrar of Voters
950 Maidu Avenue, Suite 210
Nevada City, CA 95959
(530) 265-1298
(530) 265-9829 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.nevadacountyca.gov/3446/Elections
E-Mail: elections.mail@nevadacountyca.gov

**Orange**
Bob Page, Registrar of Voters
1300 South Grand Avenue, Bldg. C
Santa Ana, CA 92705
Mailing Address:
P.O. Box 11298
Santa Ana, CA 92711
(714) 567-7600
(714) 567-7556 Fax
Hours: 8:00 a.m. - 5:00 p.m.
ocvote.gov
E-Mail: ocvoter@ocgov.com

**Placer**
Ryan Ronco, County Clerk-Recorder-Registrar
3715 Atherton Road Suite #2
Rocklin, CA 95765
(530) 886-5650
(800) 824-8683
(530) 886-5688 Fax
Hours: 8:00 a.m. - 5:00 p.m.
http://www.placercountyelections.gov
E-Mail: election@placer.ca.gov

**Plumas**
Marcy DeMartile, County Clerk-Recorder-Registrar of Voters
520 Main Street, Room 102, Courthouse
Quincy, CA 95971
(530) 283-6256
(530) 283-6155 Fax
Hours: 8:00 a.m. - 5:00 p.m.
http://www.countyofplumas.com/142/Elections-Division-Home
E-Mail: elections@countyofplumas.com

**Riverside**
Art Tinoco, Registrar of Voters
2724 Gateway Drive
Riverside, CA 92507-0918
(951) 486-7200
(951) 486-7272 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.voteinfo.net
E-Mail: rovweb@rivco.org

**Sacramento**
Hang Nguyen, Registrar of Voters
7000 65th Street, Suite A
Sacramento, CA 95823
(916) 875-6451
(916) 875-6516 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://elections.saccounty.gov/Pages/default.aspx
E-Mail: voterinfo@saccounty.gov

**San Benito**
Francisco Diaz, County Clerk-Auditor-Recorder
1601 Lana Way
Hollister, CA 95023
Mailing Address:
PO Box 1150
Hollister, CA 95024
(831) 636-4016
(831) 636-2939 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.sanbenitocounty-ca-cre.gov/
E-Mail: sbcvote@sanbenitocountyca.gov

**San Bernardino**
Joani Finwall, Registrar of Voters
777 E. Rialto Avenue
San Bernardino, CA 92415-0770
(909) 387-8300
(909) 387-2022 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://elections.sbcounty.gov/
E-Mail: communications@rov.sbcounty.gov

**San Diego**
Cynthia Paes, Registrar of Voters
5600 Overland Avenue
San Diego, CA 92123
Mailing Address:
P.O. Box 85656
San Diego, CA 92186-5656
(858) 565-5800
(800) 696-0136
(858) 505-7294 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.sdvote.com
E-Mail: rovmail@sdcounty.ca.gov


**San Francisco**
John Arntz, Director of Elections
1 Dr. Carlton B Goodlett Place
City Hall, Room 48
San Francisco, CA 94102-4635
(415) 554-4375
(415) 554-7344 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://sf.gov/departments/department-elections
E-Mail: sfvote@sfgov.org


**San Joaquin**
Olivia Hale, Registrar of Voters
44 N. San Joaquin Street, Third Floor, Suite 350
Stockton, CA 95202
Mailing Address:
P.O. Box 810
Stockton, CA 95201
(209) 468-8683
(209) 468-2889 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.sjgov.org/department/rov/
E-Mail: vbm@sjgov.org

**San Luis Obispo**
Elaina Cano, Clerk-Recorder-Registrar
1055 Monterey Street, Suite D-120
San Luis Obispo, CA 93408
(805) 781-5228
(805) 781-1111 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.slocounty.ca.gov/Departments/Clerk-Recorder
E-Mail: elections@co.slo.ca.us

**San Mateo**
Mark Church, Chief Elections Officer & Assessor-County Clerk-Recorder
Registration-Elections Division
40 Tower Road
San Mateo, CA 94402
(650) 312-5222
(650) 312-5348 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://smcacre.gov/elections
E-Mail: registrar@smcacre.gov

**Santa Barbara**
Joseph E. Holland, Clerk/Recorder/Assessor and Registrar of Voters
4440-A Calle Real
Santa Barbara, CA 93110
Mailing Address:
P.O. Box 61510
Santa Barbara, CA 93160-1510
(805) 568-2200
(800) 722-8683
(805) 568-2209 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.countyofsb.org/164/Elections
E-Mail: electionssupport@co.santa-barbara.ca.us

**Santa Clara**
Matt Moreles, ROV
1555 Berger Drive, Bldg. 2
San Jose, CA 95112
Mailing Address:
P.O. Box 611360
San Jose, CA 95161-1360
(408) 299-8683
(866) 430-8683
(408) 998-7314 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://vote.santaclaracounty.gov/home
E-Mail: registrar@rov.sccgov.org

**Santa Cruz**
Tricia Webber, County Clerk
701 Ocean Street, Room 310
Santa Cruz, CA 95060
(831) 454-2060
(831) 454-2445 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://votescount.santacruzcountyca.gov/
E-Mail: tricia.webber@santacruzcountyca.gov

**Shasta**
Clint Curtis, Clerk & Registrar of Voters
1643 Market Street
Redding, CA 96001
Mailing Address:
P.O. Box 990880
Redding, CA 96099-0880
(530) 225-5730
(530) 225-5454 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://elections.shastacounty.gov/
E-Mail: countyclerk@co.shasta.ca.us

**Sierra**
Heather Foster, County Clerk-Recorder
100 Courthouse Square, Room 11
P.O. Drawer D
Downieville, CA 95936-0398
(530) 289-3295
(530) 289-2830 Fax
Hours: 9:00 a.m. - 12:00 p.m. / 1:00 p.m. - 4:00 p.m.
https://www.sierracounty.ca.gov/214/Elections
E-Mail: hfoster@sierracounty.ca.gov

**Siskiyou**
Laura Bynum, County Clerk
311 Fourth Street, Room 201
Yreka, CA 96097
(530) 842-8084
(530) 841-4110 Fax
Hours: 9:00 a.m. - 12:00 p.m. / 1:00 p.m. - 4:00 p.m.
https://www.co.siskiyou.ca.us/elections
E-Mail: laura@sisqvotes.org

**Solano**
Timothy Flanagan, Registrar of Voters
675 Texas Street, Suite 2600
Fairfield, CA 94533
(707) 784-6675
(888) 933-8683
(707) 784-6678 Fax
Hours: 8:00 a.m. - 5:00 p.m.
http://www.solanocounty.com/depts/rov/default.asp
E-Mail: elections@solanocounty.com

**Sonoma**
Evelyn Mendez, Registrar of Voters
435 Fiscal Drive
Santa Rosa, CA 95403
Mailing Address:
P.O. Box 11485
Santa Rosa, CA 95406-1485
(707) 565-6800
(800) 750-8683
(707) 565-6843 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://sonomacounty.ca.gov/administrative-support-and-fiscal-services/clerk-recorder-assessor-registrar-of-voters/registrar-of-voters
E-Mail: rov-info@sonomacounty.gov

**Stanislaus**
Donna Linder, County Clerk-Recorder
1021 I Street, Suite 101
Modesto, CA 95354-2331
(209) 525-5200
(209) 525-5802 Fax
Hours: 8:00 a.m. - 4:00 p.m.
http://stanvote.gov
E-Mail: stanvote@stancounty.com

**Sutter**
Donna M. Johnston, County Clerk-Recorder
1435 Veterans Memorial Circle
Yuba City, CA 95993
(530) 822-7122
(530) 822-7587 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.suttercounty.org/doc/government/depts/cr/elections/cr_elections_home

**Tehama**
Sean Houghtby, Registrar of Voters
633 Washington Street, Room 17
Red Bluff, CA 96080
Mailing Address:
P.O. Box 250
Red Bluff, CA 96080-0250
(530) 527-8190
(530) 527-1140 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.co.tehama.ca.us/government/departments/elections/
E-Mail: elections@tehama.gov

**Trinity**
Shanna White, Registrar of Voters
11 Court Street
Weaverville, CA 96093
Mailing Address:
P.O. Box 1215
Weaverville, CA 96093-1215
(530) 623-1220
(530) 623-8398 Fax
Hours: 9:00 a.m. - 1:00 p.m, 2:00 p.m. - 4:00 p.m.
https://www.trinitycounty.org/214/Elections
E-Mail: elections@trinitycounty.org

**Tulare**
Michelle Baldwin, Registrar of Voters
5300 West Tulare Avenue, Suite 105
Visalia, CA 93277
(559) 839-2100
(559) 615-3019 Fax
Hours: M-Th 7:30 a.m. - 5:30 p.m., F 8:00 a.m. - 12:00 p.m.
https://tularecoelections.org/elections
E-Mail: absentee@co.tulare.ca.us

**Tuolumne**
Donny McNair, Clerk & Auditor-Controller
Elections Department
2 S. Green Street
Sonora, CA 95370-4618
(209) 533-5570
(209) 694-8931 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.tuolumnecounty.ca.gov/194/Election-Information
E-Mail: clerk@tuolumnecounty.ca.gov

**Ventura**
Michelle Ascencion, County Clerk-Recorder-Registrar of Voters
800 S. Victoria Avenue
Hall of Administration, Lower Plaza
Ventura, CA 93009-1200
(805) 654-2664
(805) 648-9200 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://clerkrecorder.venturacounty.gov/elections/elections/
E-Mail: elections@venturacounty.gov

**Yolo**
Jesse Salinas, Yolo County Assessor/Clerk-Recorder/Registrar of Voters
625 Court Street, Room B-05
Woodland, CA 95695
Mailing Address:
P.O. Box 1820
Woodland, CA 95776-1820
(530) 666-8133
(916) 375-6490
(530) 666-8123 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://elections.yolocounty.gov/
E-Mail: elections@yolocounty.gov

**<u>Yuba</u>**
Donna Hillegass, County Clerk-Recorder-Registrar of Voters
915 8th Street, Suite 107
Marysville, CA 95901-5273
(530) 749-7855
(530) 749-7854 Fax
Hours: 8:00 a.m. - 5:00 p.m.
https://www.yuba.org/departments/elections/index.php
E-Mail: elections@co.yuba.ca.us