```
 1  HARMEET K. DHILLON
    Assistant Attorney General
 2  Civil Rights Division
 3
 4  MAUREEN RIORDAN
    Senior Counsel, Voting Section
 5  Civil Rights Division
 6  BRITTANY E. BENNETT
    ERIC NEFF
 7  Trial Attorneys, Voting Section
 8  Civil Rights Division
            U.S. Department of Justice
 9          4 Constitution Square, Room 8.141
10          150 M Street NE
            Washington, D.C. 20002
11          Telephone: (202) 704-5430
12          Email: Brittany.Bennett@usdoj.gov
13
    Attorneys for Plaintiff, UNITED STATES OF AMERICA
14
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the State of California, Defendants. | CASE NO: 2:25-cv-09149-DOC-ADS<br><br>HON. DAVID O. CARTER<br><br>PLAINTIFF'S AMENDED NOTICE OF MOTION FOR ORDER TO PRODUCE RECORDS PURSUANT TO 52 U.S.C. § 20701, et seq.<br><br>Date: January 5, 2026<br>Time: 8:30 A.M.<br>Courtroom: TBD<br>Action Filed: September 25, 2025 |
|---|---|

**TO PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT the MOTION FOR ORDER TO PRODUCE RECORDS PURSUANT TO 52 U.S.C. § 20701, *et seq*. (ECF No. 87) filed by Plaintiff, United States, and requested for hearing on December 4, 2025, is reset to be heard on **January 5, 2026, at 8:30 a.m**., or as soon thereafter as the matter may be heard, before the Honorable David O. Carter in the United States Courthouse in Los Angeles, California, Courtroom TBD. The hearing is being reset in accordance with Local Rule 6-1. Plaintiff includes its Motion for Order to Produce Records Pursuant to 52 U.S.C. § 20701, and supporting documents as originally filed (ECF No.87).

/s/ *Brittany E. Bennett*
Maureen S. Riordan
Acting Chief
Brittany E. Bennett
Eric Neff
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brittany E. Bennett*
Maureen S. Riordan
Senior Counsel
Brittany E. Bennett
Eric Neff
Trial Attorneys, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, Room 8.141
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: brittany.bennett@usdoj.gov