**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *United States of America*,<br><br>                    Plaintiff,<br><br>         v.<br><br>*Shirley Weber, in her Official Capacity as California Secretary of State*, and *the State of California*,<br><br>                    Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER SETTING SCHEDULE FOR AMICUS BRIEFS** |

Pursuant to the Court's request during the hearing on December 4, 2025 in the above-captioned matter, Defendants California Secretary of State Dr. Shirley N. Weber and the State of California file the proposed order attached hereto.

Dated: December 5, 2025            Respectfully submitted,

ROB BONTA
Attorney General of California
R. MATTHEW WISE
SETH E. GOLDSTEIN
Supervising Deputy Attorneys General


  /s/ Michael S. Cohen
MICHAEL S. COHEN
MALCOLM A. BRUDIGAM
ROBERT WILLIAM SETRAKIAN
ANNE P. BELLOWS
LISA C. EHRLICH
KEVIN L. QUADE
WILLIAM BELLAMY
Deputy Attorneys General
*Attorneys for Defendants Shirley Weber, in her official capacity as the California Secretary of State, and State of California*