UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *United States of America*,<br><br>                              Plaintiff,<br><br>        v.<br><br>*Shirley Weber, in her Official Capacity as California Secretary of State*, and *the State of California*,<br><br>                              Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR AMICUS BRIEFS** |

On December 4, 2025, the Parties appeared and stipulated to the following briefing schedule:

All potential amici have 14 days from entry of this order to submit proposed amicus briefs. Potential amici need not seek leave to file proposed amicus briefs.

IT IS SO ORDERED.

Dated: _____

                                                            _____
                                                            HON. DAVID O. CARTER
                                                            UNITED STATES DISTRICT JUDGE