**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *United States of America*,<br><br>            Plaintiff,<br><br>    v.<br><br>*Shirley Weber, in her Official Capacity as California Secretary of State*, and *the State of California*,<br><br>            Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>**ORDER GRANTING CALIFORNIA'S EX PARTE APPLICATION FOR AN ORDER DENYING OR DEFERRING BRIEFING ON PLAINTIFF'S MOTION FOR AN ORDER TO PRODUCE RECORDS [102]** |

The Court, having considered Defendants California Secretary of State Shirley Weber's and the State of California's ("California") Ex Parte Application for an Order Denying or Deferring Briefing on Plaintiff's Motion for an Order to Produce Records (ECF No. 101), the supporting papers, and all matters presented, and good cause appearing, hereby ORDERS as follows:

Defendants' application is GRANTED.

All deadlines associated with Plaintiff's Motion for an Order to Produce Records are vacated and shall be reset by Court order at a later date following a scheduling conference held pursuant to Federal Rule of Civil Procedure 16.

**IT IS SO ORDERED.**

DATE: December 15, 2025

_____
Honorable David O. Carter
District Court Judge