**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: <u>LA CV 25-09149-DOC (MARx)</u>                                  Date: <u>December 16, 2025</u>

<u>Case Title:</u> <u>United States v. Shirley Weber, et al.</u>

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

| Karlen Dubon | Not Reporter |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER FOR TRANSCRIPTS**

The Court orders the transcripts for proceedings held on November 17, 2025 (Dkt. 69), November 19, 2025 (Dkt. 70), and December 4, 2025 (Dkt. 97) be produced forthwith at the Government's expense, billed at the 3 day rate. The Court orders the transcript be made available on the public docket immediately.

The transcript will also be available to download on the Court's Cases of Interest webpage, located here: https://www.cacd.uscourts.gov/newsworthy/cases-of-interest.

**cc:**  CourtRecording_CACD@cacd.uscourts.gov
Transcripts_CACD@cacd.uscourts.gov
Reporter_CACD@cacd.uscourts.gov

:
Initials of Deputy Clerk: kdu