AARON HENSON (S.B.# 300696)
ahenson@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) v. SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA, Defendant(s). | CASE NUMBER 2:25-cv-09149-DOC-ADS |
| | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Bokat-Lindell, Noah B.
*Applicant's Name (Last Name, First Name & Middle Initial)*
(202) 383-5300
*Telephone Number*
(202) 383-5414
*Fax Number*
NBOKAT-LINDELL@OMM.COM
*E-Mail Address*

of

O'MELVENY & MYERS LLP
1625 EYE STREET NW
10TH FLOOR
WASHINGTON, DC 20006
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Former Employees of the U.S. Department of Justice
*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Amici Curiae

**and designating as Local Counsel**

Henson, Aaron
*Designee's Name (Last Name, First Name & Middle Initial)*
300696
*Designee's Cal. Bar No.*
(213) 430-6000
*Telephone Number*
(213) 430-6407
*Fax Number*
AHENSON@OMM.COM
*E-Mail Address*

of

O'MELVENY & MYERS LLP
400 SOUTH HOPE STREET
19TH FLOOR
LOS ANGELES, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: ____________________
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because ____________________

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ____________________

____________________
**U.S. District Judge/U.S. Magistrate Judge**