AARON D. FORD
*Attorney General*

CRAIG A. NEWBY
*First Assistant Attorney General*

CHRISTINE JONES BRADY
*Second Assistant Attorney General*

TERESA BENITEZ-THOMPSON
*Chief of Staff*

LESLIE NINO PIRO
*General Counsel*

HEIDI PARRY STERN
*Solicitor General*

**STATE OF NEVADA**
**OFFICE OF THE ATTORNEY GENERAL**
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119

December 22, 2025

**Via ECF Filing**

Honorable David O. Carter
Ronald Reagan Federal Building and United States Courthouse
411 W 4th St #1-053
Santa Ana, CA 92701

Re:   *United States v. Weber*, Case No. 25-cv-9149
      Joinder Letter of Multi-State Amicus Curiae Brief in Support of Motions to Dismiss (Dkt. 83)

To the Honorable David O. Carter,

The State of Nevada submits this letter to join the amicus curiae brief that was previously submitted by the States of Maryland, Minnesota, Arizona, Colorado, Delaware, Hawaiʻi, Illinois, Maine, Michigan, New Jersey, New Mexico, New York, Oregon, Rhode Island, Vermont, and Washington ("the Amici States"). *See* Dkt. 83.

Like the Amici States, Nevada has a strong interest in this case because the federal government has also demanded its statewide voter registration list with all fields. Additionally, since the Amici States filed their brief, Nevada's Secretary of State has also been sued in his official capacity over his refusal to disclose Nevada residents' sensitive personal

Honorable David O. Carter
Page 2
December 22, 2025

data. *See United States v. Aguilar*, No. 25-cv-728 (D. Nev.). More generally, Nevada also has the same constitutional interests in preserving its authority over election procedures and the same statutory and policy interests in safeguarding its residents' most sensitive data and ensuring its residents' confidence, trust, and participation in the electoral process.

    For the reasons articulated in the Amici States' brief, the complaint should be dismissed.

Respectfully Submitted,

AARON D. FORD
Attorney General of Nevada

*/s/ K. Brunetti Ireland*
K. Brunetti Ireland
California Bar No. 316287
Chief of Special Litigation
Office of the Nevada Attorney General
1 State Of Nevada Way
Suite 100
Las Vegas, NV  89119
kireland@ag.nv.gov

*Attorneys for the State of Nevada*

Honorable David O. Carter
Page 3
December 22, 2025

## CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Amicus Curiae, certifies that this letter contains 2 pages, which:

__ complies with the word limit of L.R. 11-6.1.

X complies with the page limit set by Section 6 under "Judge's Procedures" on Judge Carter's courtroom website, https://apps.cacd.uscourts.gov/Jps/honorable-david-o-carter.

Dated: December 22, 2025

            Respectfully Submitted,

            AARON D. FORD
            Attorney General of Nevada

            */s/ K. Brunetti Ireland*
            K. Brunetti Ireland
            California Bar No. 316287
            Chief of Special Litigation
            Office of the Nevada Attorney General
            1 State Of Nevada Way
            Suite 100
            Las Vegas, NV  89119
            kireland@ag.nv.gov