HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
ERIC NEFF
Acting Chief, Voting Section
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
   United States Department of Justice
   4 Constitution Square, Room 8.141
   150 M Street NE
   Washington, D.C. 20002
   Telephone: (202) 704-5430
   Email: Brittany.Bennett@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (CA No. 272742)
Assistant United States Attorney
   United States Attorney's Office
   300 North Los Angeles Street, Suite 7516
   Los Angeles, California 90012
   Telephone: (213) 894-2464
   E-Mail:   julie.hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br>    v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the State of California,<br><br>           Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>**NOTICE OF DECISION BY UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT**<br><br>Honorable David O. Carter<br>United States District Judge |

# NOTICE

Plaintiff, United States of America, respectfully submits this Notice of an order issued in *United States of America v. Stephanie Thomas*, No. 3:26-cv-00021 (D. Conn., filed Jan. 06, 2026). That case raises claims identical to those in the present litigation, but against the Secretary of State for the State of Connecticut. There, the Court (Dooley, J.) has agreed with the United States that, once the Attorney General has alleged that she has properly demanded production of records and papers under the Civil Rights Act of 1960, and the custodian has refused to comply with that demand, the proper course is for the district court to order the defendant to show cause why the custodian should not be ordered to produce the requested records and papers. *See* 52 U.S.C. § 20703. As the United States has explained, "[t]here is no place for any other procedural device or maneuver." *Kennedy v. Lynd*, 306 F.2d 222, 226 (5th Cir. 1962).

Accordingly, on January 8, 2026, the *Thomas* court issued an Order to Show Cause why the State of Connecticut "should not be ordered to provide the SVRL to the Attorney General, as well as the other documents demanded by the Attorney General to ascertain Defendant's compliance with federal law, to wit, the NVRA and HAVA." *United States v. Thomas*, *supra*, ECF 10 (D. Conn. Jan. 8, 2026).

A copy of the order is attached to this Notice as Exhibit A.

DATED: January 12, 2026

Respectfully submitted:

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
s/ Julie A. Hamill
JULIE A. HAMILL
Assistant United States Attorney
United States Attorney's Office

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
ERIC NEFF
Acting Chief, Voting Section

/s/ Brittany E. Bennett
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

Attorneys for Plaintiff
UNITED STATES OF AMERICA