HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division
    U.S. Department of Justice
    4 Constitution Square, Room 8.141
    150 M Street NE
    Washington, D.C. 20002
    Telephone: (202) 704-5430
    Email: Brittany.Bennett@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-5708
    E-mail: Julie.Hamill@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the State of California,<br><br>    Defendants. | No. 2:25-cv-09149-DOC-ADS<br><br>UNITED STATES OF AMERICA'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE MOTION FOR RECONSIDERATION<br><br>Trial Date: None set.<br>Action filed: Sept. 25, 2025<br><br>Hon. David O. Carter<br>United States District Judge |

i

# EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE MOTION FOR RECONSIDERATION

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

Pursuant to Local Rules 7-19 and 7-19.1, the United States respectfully applies *ex parte* for an order continuing the deadline to file its Motion for Reconsideration pursuant to LR 7-18—currently due January 29, 2026—for a period of 14 days or to a date convenient for the Court. Defendants have consented to the extension. Defendant-Intervenors have not stated their position as of the time of this filing.

Good cause exists for a continuance for the following reasons:

1. The United States has a related case, *United States v. Oregon*, Case No. 6:25-cv-01666-MTK (Oregon), which was dismissed on January 26, 2026. However, as of this filing, only a docket entry has been issued; no written order has been entered. The United States wishes to review the *Oregon* decision before deciding how to proceed in this action.

2. The United States believes that its filing in this Court, should it choose to proceed with one, would more appropriately be styled a Motion to Amend Judgment under Fed. R. Civ. Pro. 59, with a filing deadline of February 12, 2026.

3. However, in an abundance of caution, if the Court deems such a filing a Motion for Reconsideration under LR 7-18, the United States seeks this extension to make the deadline for a LR 7-18 filing coincide with that for a Rule 59 filing.

4. Under normal noticed motion procedures, the deadline for the United States to file its Motion for Reconsideration would expire before this Motion for Continuance could be heard, making relief necessary.

5. Without relief, the United States will be prejudiced, as it cannot make a fully informed decision by the current deadline despite its diligence.

6. In compliance with LR 7-19.1, I made reasonable good faith efforts to advise counsel for Defendants and Intervenors of the date and substance of this ex parte application. I contacted the following attorneys representing the parties in this case:

See Attachment A.

7. Counsel for Defendants informed me that Defendants do not oppose the relief sought. Counsel for Intervenors have not responded to either consent or oppose.

For all the reasons set forth above, the United States prays that this Court grant the requested extension and issue an order continuing the deadline to file a Motion for Reconsideration pursuant to Local Rule 7-18 to February 12, 2026, and for such other relief as the Court deems just and proper.

DATED: January 28, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division

/s/ *Brittany E. Bennett*
BRITTANY E. BENNETT
Trial Attorney, Voting Section
Civil Rights Division

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

/s/ *Julie A. Hamill*
JULIE A. HAMILL (Cal. Bar No. 272742)
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA