UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　Plaintiff,<br><br>vs.<br><br>SHIRLEY WEBER ET AL.,<br><br>　　Defendants. | Case No. 2:25-cv-09149-DOC<br><br>**ORDER DENYING UNITED STATES OF AMERICA'S EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE MOTION FOR RECONSIDERATION [129]** |

1  The Court issued a final order in this matter on January 15, 2026 when it granted
2  Defendants and Intervenors' dispositive motions and dismissed Plaintiff's complaint without
3  leave to amend. It sees no need for further briefing. Accordingly, the United States' Ex Parte
4  Application for Order Extending Time to File Motion for Reconsideration is **DENIED**.

6  DATED:   January 29, 2026

*/s/ David O. Carter*
_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE