UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NO: 2:25-cv-09149-DOC-ADS |
|---|---|
| Plaintiff, | NOTICE OF APPEAL |
| v. | |
| SHIRLEY WEBER, in her official capacity as Secretary of State of the State of California, and the STATE OF CALIFORNIA, | |
| Defendant(s). | |

### **NOTICE OF APPEAL**

Plaintiff, UNITED STATES OF AMERICA, by and through the Attorney General, appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order Granting Defendant's Motion to Dismiss and Intervenors' Motions to Dismiss (Doc. 128) entered in this action on January 15, 2026.

DATED: February 25, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division


*/s/   Eric Neff*
ERIC V. NEFF
Acting Chief, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: Eric.Neff@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Eric V. Neff*
Eric V. Neff
Acting Chief, Voting Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street NE, 8th Floor
Washington, D.C. 20002
Telephone: (202) 704-5430
Email: eric.neff@usdoj.gov