**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT
11/5/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>SHIRLEY WEBER, in her official capacity as California Secretary of State, and STATE OF CALIFORNIA,<br>Defendants. | Case No. 2:25-cv-09149-DOC-ADS<br><br>Hon. David O. Carter<br><br>Formerly dismissed by Dkt. 128<br>Appeal noticed, Dkt. 131<br><br>Hearing: Not set |

NOTICE OF MOTION AND MOTION FOR LIMITED JUDICIAL REVIEW, EXPEDITED RECORD PRESERVATION, AND CONDITIONAL INJUNCTIVE RELIEF CONCERNING ELECTION ADMINISTRATIVE REPORTING PROTOCOL

Sean Patrick Patterson, Pro Se | Associated with The Next 5,000

**THRESHOLD NOTICE: The action was dismissed without leave to amend on January 15, 2026 (Dkt. 128), and the United States filed a notice of appeal on February 25, 2026 (Dkt. 131). Neither movant's standing nor authority to intervene in this terminated action has been established. No document should be filed here without resolving jurisdiction, appellate divestiture, and the proper procedural vehicle.**

## I. Relief requested

Applicant asks the Court, only if it has jurisdiction and intervention or another valid procedural vehicle is approved, to review the legally established federal and California election-reporting and record-preservation requirements; order preservation of specifically identified existing reports and metadata if an imminent violation is proved; and set an expedited hearing on a properly pleaded and cognizable records-access claim. This is not a request to control lawful media predictions, compel creation of nonexistent records, or suspend ballot counting or certification.

## II. EVIDENTIARY FINDINGS REQUESTED — FEATURED

| SOURCE RECORD | TIME / DATA | EVIDENTIARY SIGNIFICANCE |
|---|---|---|
| California SOS V26GG.txt, County 19 | First reported Nov. 3 8:21 PM; latest Nov. 5 9:23 AM; current feed generated Nov. 5 at 14:08:25.7 as examined | The first/latest fields exist; intermediate history not shown in this record |
| LA County text results | Results as of Nov. 5 9:21:41 AM; 2,389,072 ballots | Matches state-feed count for this update |
| Historical Nov. 4 public results | 4:28:25 PM; 2,279,750 ballots | Prior observed snapshot; original archive not secured |
| Earlier election-night cumulative count | 2,147,243 ballots; exact last file time unresolved | Requires source copy and reconciliation |
| Historical LA County transmissions | All intermediate files/receipts and versions | Not obtained; cannot establish statutory breach by their absence from applicant's sources |
| Nov. 4–5 correspondence | Three sent Gmail messages and 1 PM Nov. 5 requested response | Evidence of outgoing inquiry, not binding statutory response deadline |

Additional observed result: the Secretary of State record previously examined on the morning of Nov. 5 was generated at 8:38:23.9 AM and showed an LA County latest-report time of Nov. 4 at 4:32 PM. This was superseded by later dynamic feed contents; it remains an historical observation, not a certified archived version.

## III. Applicable federal and administrative protocol

### A. California Elections Code § 15151

Section 15151 requires county election officials to send specified semifinal election results to the Secretary of State using the manner and schedule set by the Secretary, with intervals no greater than two hours following commencement of the semifinal canvass. The statute does not expressly mandate that every intermediate file or transmission receipt be separately downloadable by the public. We do not know the precise start/end of the semifinal canvass or all transmissions.

### B. Federal election record preservation

52 U.S.C. § 20701 generally requires custodians to retain covered federal-election records and papers for 22 months. Whether a particular electronic publication log or metadata record falls within the statute requires a record-specific legal and factual analysis. This provision does not itself authorize automatic compelled production to The Next 5,000.

### C. Judicial authority and Rule 65

A preliminary injunction requires an actionable claim and evidence of likely success, likely irreparable harm without relief, equities favoring relief, and public interest. A TRO without notice also requires sworn specific facts showing immediate irreparable injury before an opposing party can be heard and compliance with Rule 65(b). Central District Local Rules 7-19, 7-19.1, and 65-1 govern ex parte papers, notice and TRO procedures. Current evidence does not establish any imminent destruction, legally prohibited withholding, or personal irreparable harm.

### D. No adjudication of crimes or prior restraints on press

Applicant does not ask the Court to find Secretary Weber committed an election crime based only on incomplete public archives, or to restrict legal media projections. Any Rule 53 technical master would require a separately supported appointment order in a case properly before the Court and would report impartially to the Court.

## IV. Required findings not yet established

1. The district court’s continuing jurisdiction following dismissal and appeal; any right to pursue relief as a nonparty.

2. An independent cause of action, Article III injury, proper defendants, and any applicable sovereign-immunity waiver.

3. Authentic historical files and proof of a specified recordkeeping or disclosure violation, if alleged.

4. Specific imminent irreparable injury, not the expiration of a private 1 PM response demand.

5. Actual notice of this application to all appropriate parties and legally sufficient proof of service.

## V. Narrowly tailored conditional injunction and hearing request

1. If authorized and factually supported, preserve the specifically described original electronic election-results transmissions, versions, metadata, receipt logs, and correction records that remain in respondents’ possession, custody or control.

2. Clarify the identity of each custodian and permit lawful request procedures for nonexempt records.

3. Consider an expedited evidentiary hearing only if necessary to prevent a proven immediate injury.

4. Permit election administration, lawful revisions, ballot counting and certification to continue unhindered; protect voter confidentiality and media freedoms.

5. Alternatively, deny without prejudice so applicant may seek relief in an appropriate California records or mandamus proceeding.

Dated: November 5, 2026
Sean Patrick Patterson, Pro Se
/s/ Sean Patrick Patterson

## EVIDENCE EXHIBIT INDEX — PRIMARY-SOURCE AUDIT

| Exhibit | Description | Authentication / status |
|---|---|---|
| A | California Elections Code § 15151 | Public statute; source reference, not annexed certified copy |
| B | California SOS official V26GG.txt county-19 record | Official dynamic public feed; Nov. 5 content recorded in research |
| C | LA County official text results (election 4348) | Official Nov. 5 09:21:41 snapshot in source view |
| D | Prior observed Nov. 4 results timestamp and ballot total | Historical research observation; original archived file not obtained |
| E | Email requests Nov. 4–5 with Gmail IDs | Outgoing SENT messages; delivery and agency response not established |
| F | Original Nov. 3 county intermediate result files, state receipt logs and revisions | NOT OBTAINED — not attached |
| G | Concrete threatened records destruction / specific immediate injury | NOT ESTABLISHED — no evidentiary attachment |
| H | Weber case Dkt. 128 dismissal; Dkt. 131 appeal | Public docket and court orders |
| I | Nov. 5 source-based election research PDF | Secondary research index only; not original government file |

### Source locations / record identifiers

California SOS: https://media.sos.ca.gov/media/V26GG.txt

LA County: https://results.lavote.gov/text-results/4348

LA County JSON: https://results.lavote.gov/electionresults/json?electionid=4348

Law: https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=ELEC&sectionNum=15151.

Court Dkt. 128: https://www.cacd.uscourts.gov/sites/default/files/031146761135.pdf

### State-file observed record (Nov. 5 later feed)

[B|CAS|1|20261105|1408257]

[A|CAS|20|19|U|0|0|2853|2853|100.0|2389072|5914190|40.4|202611032021|202611050923]

The first/latest reported values in this dynamic file are not independently equivalent to upload-server logs, every intermediate transmission receipt, or certification. The statewide feed listed 5,914,190 registered persons, while LA County public results listed 5,908,408 total registrations for its own reporting convention; this difference is not, without harmonized definitions and data dates, evidence of misconduct.

### Electronic correspondence record

| Date | Subject | Gmail message ID |
|---|---|---|
| Nov. 4 | Records and timestamps request | 1a1a97ad468d69f5 |
| Nov. 5 | Visual audit follow-up | 1a1ac51769f4a6ef |
| Nov. 5 | 1 PM reply request and renewed preservation notice | 1a1ac5a60a2c323f |

Evidence standard: include originals, file hashes, competent foundation, and a contemporaneous declaration before asserting any file is authenticated in judicial proceedings. This exhibit index is a research aid, not itself primary evidence of government conduct.

## DECLARATION OF SEAN PATRICK PATTERSON

I, Sean Patrick Patterson, declare as follows based on the correspondence and materials identified herein:

1. I am the person seeking review, associated with The Next 5,000. I am not presently shown to be a party to the referenced Weber case.

2. The correspondence logs in Exhibit E indicate that messages requesting records were sent to the Secretary of State’s office on November 4–5, 2026. A requested response deadline of November 5 at 1:00 PM was specified.

3. My investigation has located official election-results feeds recording certain timestamps and totals. I have not obtained the complete sequence of intermediate historical transmission and receipt records.

4. I have not independently established that an official failed to preserve a required record, that published vote totals are false, or that a journalist committed a crime.

5. I request judicial consideration of whether existing election reporting records must be preserved and made available pursuant to applicable law. I understand that the current exhibits do not establish the destruction of records or immediate irreparable injury; additional facts would be needed to support emergency relief.

6. The Gmail sent-message records described in Exhibit E concern communications with the Secretary of State’s office; they do not establish notice or service of this motion on counsel or parties in this action. No such service is certified by this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my personal knowledge, except where expressly attributed to identified third-party records.

Executed November 5, 2026, in Los Angeles County, California.
/s/ Sean Patrick Patterson
Sean Patrick Patterson

## SEPARATE [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT — CENTRAL DISTRICT OF CALIFORNIA**

Case No. 2:25-cv-09149-DOC-ADS | United States v. Weber et al.

**[PROPOSED] ORDER ON MOTION FOR LIMITED JUDICIAL REVIEW AND PRESERVATION OF ELECTION-RESULTS RECORDS**

The Court first considers jurisdiction, standing, proper party status, and the operative January 15 dismissal and pending appeal. Absent such jurisdiction, the motion is DENIED without prejudice to an action in an appropriate forum.

ONLY IF jurisdiction and the required equitable findings are independently made:

1. The legally bound records custodian(s), properly named and provided notice, shall preserve the specifically identified original existing electronic results transmissions, historical versions and associated metadata under applicable law.

2. No provision requires creation of records that do not exist or immediate disclosure of exempt or confidential voter information.

3. Nothing interferes with continuing lawful canvass, reconciliation, certification, or lawful reporting and projection by the press.

4. An expedited hearing, if warranted, shall be scheduled separately with adequate notice and opportunity to respond.

IT IS SO ORDERED.
Date: ____________________

________________________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

## SERVICE AND PROCEDURAL CHECKLIST

☐ Confirm actual district-court and Ninth Circuit status, and whether postjudgment intervention can be considered.

☐ Obtain competent advice concerning federal standing, adequate cause of action, sovereign immunity, and proper forum.

☐ Secure native original historical government electronic reports, file hashes and records custodian declarations, if possible.

☐ Identify an actual threatened loss or unlawful withholding and show personal irreparable injury.

☐ Complete sworn declaration with personal-knowledge facts and make genuine ex parte notice efforts if applicable.

☐ Serve counsel and all necessary parties and prepare accurate proof of service.

☐ Use authentic source files as exhibits; label demonstrative dashboards solely as explanatory summaries.

## SUPPLEMENTAL EXHIBIT RECORD — SOURCE AND EMAIL EVIDENCE

Exhibit B — Secretary of State public feed excerpt reported during the November 5 review (the online source is dynamic; this transcription is not an authenticated archival capture):

[B|CAS|1|20261105|1408257]
[A|CAS|20|19|U|0|0|2853|2853|100.0|2389072|5914190|40.4|202611032021|202611050923]

Official location: https://media.sos.ca.gov/media/V26GG.txt

Exhibit C — Los Angeles County election 4348 published results: November 5 display at 9:21:41 AM, 2,389,072 ballots counted, as observed in the research record. Source: https://results.lavote.gov/text-results/4348 and https://results.lavote.gov/electionresults/json?electionid=4348. This paragraph is a derived research description, not an original preserved results file.

Exhibit D — Earlier November 4 historical observation: 4:28:25 PM, 2,279,750 ballots. The original native historical file is not available in this packet; production and custodian verification are requested.

Exhibit E — Sent Gmail correspondence (not proof of receipt or compliance):

| Sent date | Description | Message ID |
|---|---|---|
| Nov. 4 | Initial preservation and timestamp request | 1a1a97ad468d69f5 |
| Nov. 5 | Follow-up with evidence dashboard attached | 1a1ac51769f4a6ef |
| Nov. 5 | 1:00 PM requested response and renewed preservation notice | 1a1ac5a60a2c323f |

Exhibit G — Illustrative evidence dashboard (next page). The image is an analytical illustration generated for this request, not a government-issued or authenticated source record. No assertion that missing government records have been destroyed is made.

## EXHIBIT G — ANALYTICAL ELECTION-RECORD DASHBOARD

THE NEXT 5,000

# THE NEXT 5,000 — EVIDENCE DASHBOARD

Election Reporting Timestamps, Source Files, and Missing Records — November 3–5, 2026

**COURT EXHIBIT (ELECTION RECORDS)**



Shirley Weber
California Secretary of State

**Core Issue:** The publicly located record does not yet provide the full historical sequence needed to reconcile Los Angeles County election reporting with official timestamps and source files.

***Objective:*** *preserve records, identify official timestamps, and obtain the missing intermediate files and logs.*

## VERIFIED OFFICIAL TIMES

| DATE | TIME (PST) | EVENT / OFFICIAL RECORD | EVIDENCE STATUS |
|---|---|---|---|
| Nov. 3, 2026 | 8:21 PM PST | First LA County report recorded in California Secretary of State state feed | ✓ Verified Official Evidence (state feed) |
| Nov. 4, 2026 | 4:28:25 PM PST | LA County public results timestamp | ✓ Verified Official Evidence (public results) |
| Nov. 4, 2026 | 4:32 PM PST | Latest LA County report recorded in examined state feed | ✓ Verified Official Evidence (state feed) |
| Nov. 5, 2026 | 8:38:23.9 AM PST | Generation timestamp of state data file reviewed | ✓ Verified Official Evidence (examined state file) |

### EXHIBIT A

**California Elections Code § 15151**

Requires semifinal official results transmissions at intervals no greater than two hours after commencement of the semifinal canvass.

### EXHIBIT B

**California Secretary of State official media feed**

Public state election-results files and feed specifications located.

### EXHIBIT C

**LA County public results page**

Public county results snapshot with timestamp 4:28:25 PM on Nov. 4 verified.

### EXHIBIT D

**Countywide cumulative ballot totals**

- Previously reported election-night total: **2,147,243**
- Nov. 4 public total: **2,279,750**

**Difference: +132,507 ballots**

### EXHIBIT E

**Preservation notices**

Written requests sent to Secretary Weber's office on Nov. 4 and Nov. 5, 2026 requesting preservation and access to timestamps and source files.

### EXHIBIT F

**Media reporting comparison**

LAist, FOX 11, and Los Angeles Times published projections or winner reports before final certification; source-data comparison remains under review.

### MISSING OR UNRESOLVED RECORDS

***The following records are missing from the current evidence review (not proven missing from government custody):***

- Original individual November 3 county results snapshots not obtained.
- Complete intermediate reporting sequence between first and latest submission not obtained.
- Secretary of State receipt logs for each transmission not obtained.
- Historical correction / replacement / revision logs not obtained.
- Full candidate-level change history for each intermediate report not obtained.

### CURRENT EVIDENTIARY FINDING

- ✓ Timestamp evidence exists and has been partially verified.
- ✓ The full historical reporting chain remains incomplete.
- ✓ Current evidence supports preservation and reconciliation review, not a final finding of election misconduct.

**PRIMARY SOURCES REVIEWED**

✓ CA Secretary of State media feed | ✓ LA County results page | ✓ California Elections Code § 15151 | ✓ The Next 5,000 preservation correspondence

*Prepared for proposed emergency election-records application. This dashboard is a visual summary and does not replace authenticated source records.*

Exhibit K — Source-based Election Evidence Index (file: Next5000_Source_Based_Election_Evidence_2026-11-05.pdf) is an analytical summary and must be read with the original source data and custodian records. It is attached to the PDF packet as an appendix when available.

Exhibit H — Complete November 3 historical releases, all intermediate transmissions and SOS receipt logs: requested but not in applicant's custody. No exhibit cover asserts these unavailable government files are attached.

# THE NEXT 5,000

# SOURCE-BASED ELECTION RECORDS EVIDENCE INDEX

November 3–5, 2026 general election | Los Angeles County | Prepared November 5, 2026

DOCUMENT STATUS: Research-produced index and faithful short source excerpts, not government-issued certified copies or a forensic acquisition. Links identify original government-controlled sources. These webpages and feeds are dynamic and may be overwritten.

## 1. Government sources directly reviewed

| Item / publisher | Original government URL | What source showed during review |
|---|---|---|
| S-1 / California SOS | https://media.sos.ca.gov/media/V26GG.txt | Header [B\|CAS\|1\|20261105\|1408257]; Los Angeles county-status row [A\|CAS\|20\|19\|...\|2389072\|5914190\|40.4\|202611032021\|202611050923] |
| S-2 / LA County RR/CC | https://results.lavote.gov/text-results/4348 | Results as of 11/05/2026 09:21:41; Voted 2,389,072; Vote by Mail 1,753,236; Vote Center 635,836 |
| S-3 / LA County RR/CC | https://results.lavote.gov/electionresults/json?electionid=4348 | JSON ends with "Timestamp":"2026-11-05T09:21:41.91"; numerous candidate vote counts |

## Direct-source evidence: exact short machine-readable extracts

S-1 State generation line: [B|CAS|1|20261105|1408257]

S-1 LA County line: [A|CAS|20|19|U|0|0|2853|2853|100.0|2389072|5914190|40.4|202611032021|202611050923]

S-2 County display: Results as of 11/05/2026 09:21:41; Voted 2,389,072.

S-3 County JSON: "Timestamp":"2026-11-05T09:21:41.91"

## Meaning and limitation

The state county-status fields previously identified as first and latest reporting times show Nov. 3 at 8:21 PM and Nov. 5 at 9:23 AM in the newly examined feed. The Nov. 4 at 4:32 PM last-report time was true of an earlier examination, and must not be presented as the current latest report. The state feed header is a separate file-generation time and not necessarily the receipt time of an individual county submission.

IMPORTANT: the first/latest fields and generation line reflect metadata inside an accessible state feed, not an independent server-side transaction log. Time zone interpretation should be verified against the official file specification.

## 2. Historical observations and evidence classification

| Date | Time (PST as previously reported) | Classification / source |
|---|---|---|
| Nov. 3 | 8:21 PM | First LA County report field in state feed; observed on current feed |
| Nov. 4 | 4:28:25 PM | Earlier LA County results snapshot timestamp, previously reviewed; original bytes not preserved here |
| Nov. 4 | 4:32 PM | Earlier state-feed latest report field; superseded by later feed |
| Nov. 5 | 8:38:23.9 AM | Earlier state-feed generation timestamp; historical observation, no preserved bytes here |
| Nov. 5 | 9:21:41 AM | Current county results page and JSON timestamp observed during this research |
| Nov. 5 | 9:23 AM | Current state-feed latest LA County report field in this research |
| Nov. 5 | 14:08:25.7 (unconfirmed zone) | Current state-feed header generation value 20261105\|1408257; verify specification |

## 3. Requested records not obtained

Original November 3 election-night results exports with each release timestamp; complete intervening state transmission history; separate Secretary of State receipt logs; candidate totals keyed to each report; upload/correction/replacement event logs; and complete underlying reconciliation records. Not obtained does not mean proven missing from government custody.

## 4. Authentication and integrity instructions

For submission as primary evidence, obtain original files directly from custodians or a validated government archive; preserve bytes; record access time including offset; compute SHA-256 on each original; capture complete HTTP headers, URL and response; retain affidavit/declaration describing acquisition; request a records custodian declaration if disputed. Do not use AI-rendered snapshot cards as substitutes for original records.

## 5. Chain-of-custody statement for this research packet

This index is independently authored from publicly retrievable government text observed in this research session. The complete bytes of live government results files could not be downloaded to the working environment, so no original-source-file hash is claimed. The document itself may be hashed, but such a hash only verifies this derivative document, not government data authenticity.

## 6. Proposed evidentiary description

"The attached source-based index identifies time fields and vote counts observed on the California Secretary of State media feed and the Los Angeles County Registrar results page on November 5, 2026. The index is a research aid. The applicant requests production and authentication of the original underlying historical files, associated timestamps, and source record logs."